# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| Thomas G. Davis,<br>731 Landing Party Lane<br>Collierville, TN 38017 | ) ) ) ) |
| Paul J. Abeln<br>36 Hilliards Bridge Rd.<br>Southampton, NJ 08088 | ) ) ) ) |
| William S. Abernethy<br>4193 Limerick Dr.<br>Lake Wales, FL 33859-5748 | ) ) ) Civil Action No. _____ |
| William C. Absher<br>1660 West Little Neck Rd.<br>Virginia Beach, VA 23452 | ) ) ) ) |
| Martin F. Achilles<br>P.O. Box 137<br>Edgecomb, ME 04556-0137 | ) ) ) ) |
| Ron Ackerman<br>1435 SE 15th St. Apt. 310<br>Fort Lauderdale, FL 33316 | ) ) ) ) |
| Peter F. Acquaro<br>13 Joy Road<br>Seldon, NY 11784 | ) ) ) ) |
| Ellie Adamowicz<br>432 Ryan Rd.<br>Florence, MA 01062 | ) ) ) ) |
| Estate of Ronald L. Agosti<br>830 Hickory Rd.<br>Du Bois, PA 15801 | ) ) ) ) |
| Keith Akers<br>20859 Pinehurst Greens Dr.<br>Estero, FL 33928 | ) ) ) ) |

Hiram L. Allen )
2018 Arlington Rd. )
Lebanon, TN 37087-4255 )
)
Victor Allen )
304 Long Cove Dr. )
Hilton Head Island, SC 29928 )
)
John A. Allman )
3100 Rivercrest Dr. )
Austin, TX 78746 )
)
William A. Along )
21 West Woods )
Yarmouthport, MA 02675-1462 )
)
Bradley F. Anderson )
P.O. Box 146 )
New Castle, NH 03854-0146 )
)
Donald S. Anderson )
1912 Imperial Golf Course Blvd. )
Naples, FL 34110-1079 )
)
Robert B. Anderson )
195 Bull Run Dr. )
Streetman, TX 75859 )
)
John C. Anderton )
185 Bobwhite Lane )
Winchester, TN 37398 )
)
George R. Andre )
61 Dunbar Rd. )
Palm Beach Gardens, FL 33418-6829 )
)
Roger D. Andrews )
229 Grand View Rd )
Washington, VA 22747-2013 )
)
Jose R. Arias )
7090 N.W. 109th Ct. )
Miami, FL 33178 )
)

John I. Ashbaugh                         )
1635 Dutch Rd.                           )
Mt. Pleasant, NC 28124                   )
                                         )
Gerald Asher                             )
814 E. Monroe Circle                     )
Pittsburgh, PA 15229                     )
                                         )
Emerick O. Aulicino                      )
1175 Chislett St.                        )
Pittsburgh, PA 15206                     )
                                         )
Stephen L. Avery                         )
11976 Marblehead Court,                  )
Admirals Pointe                          )
Indianapolis, IN 46236                   )
                                         )
Maggie Badaracco                         )
1545 S.W. Egret Way                      )
Palm City, FL 34990                      )
                                         )
John R. Baganz                           )
5305 Beacon Ct.                          )
Flower Mound, TX 75028                   )
                                         )
James Miles Baker                        )
301 West Eden St.                        )
Edenton, NC 27932                        )
                                         )
Donald L. Ball                           )
9365 Aviano Dr                           )
Ft. Myers, FL 33913-8182                 )
                                         )
Ronald Dean Ball                         )
239 Finnegan Dr.                         )
Millersville, MD 21108                   )
                                         )
Norwood E. Band                          )
828 Belt Line Plaza                      )
Richardson, TX 75080                     )
                                         )
Richard F. Bandlow                       )
20711 SE 281 St.                         )
Kent, WA 98042                           )
                                         )

Kenneth R. Banga                         )
1806 Roscoe Turner Trail                 )
Port Orange, FL 32128-6838               )
                                         )
John P. Banks                            )
4772 Blue Ridge Turnpike                 )
Fincastle, VA 24090                      )
                                         )
Miles J. Barnes                          )
67 Quail Run                             )
Plymouth, MA 02360                       )
                                         )
Jerry Barnett                            )
932 Pelican Bay Dr.                      )
Daytona Beach, FL 32119-8751             )
                                         )
Ronald Barnhart                          )
2178 Lake Dr.                            )
Pasadena, MD 21122                       )
                                         )
Robert A. Barnick                        )
P.O. Box 620121                          )
Woodside, CA 94062                       )
                                         )
Cynthia S. Barr                          )
104 North Shore Dr.                      )
Merry Hill, NC 27957                     )
                                         )
Lawrence A. Barr                         )
186 Kahiki Dr                            )
Tavernier, FL 33070-8461                 )
                                         )
Clifford R. Barraclough                  )
2615 Wyncote Rd                          )
Bethel Park, PA 15102-1707               )
                                         )
John J. Basco                            )
1381 Thomas Oaks Dr.                     )
Pottstown, PA 19465                      )
                                         )
David Baughman                           )
18270 Parkside Greens Dr.                )
Ft. Myer, FL 33908                       )
                                         )

4

James J. Beadling )
2498 U.S. Route 30 )
Hookstown, PA 15050-1417 )
)
Elizabeth A. Bede )
24510 Lake Rd. )
Bay Village, OH 44140 )
)
Estate of James D. Bede )
24510 Lake Rd. )
Bay Village, OH 44140 )
)
Michael T. Bedzik )
1341 Harris Rd. )
Virginia Beach, VA 23452 )
)
John Beglin )
2850 Bridgewater Rd. )
Rock Hill, SC 29730 )
)
William L. Belew )
8567 Le Parc Ct. )
Fair Oaks, CA 95628 )
)
Francis M. Belko )
5171 Hermitage Drive )
Powder Springs, GA 30127 )
)
John Bell )
400 Liberty St. )
Warren, PA 16365 )
)
Michael A. Bell )
227 Saddle Ridge Dr. )
Kingsport, TN 37664 )
)
Martin W. Bell )
5217 18th Ave., NE )
Seattle, WA 98105 )
)
Elwood Bellman )
P.O. Box 507 )
Sewickley, PA 15143 )
)

Thomas G. Beltz                          )
179 Airport Rd.                          )
Lehighton, PA 18235                      )
                                         )
William Benner                           )
7 Winridge Rd.                           )
Windham, NH 03087-1628                   )
                                         )
David D. Bentley                         )
499 Mapleton Ave.                        )
Pittsburgh, PA 15228                     )
                                         )
Ronald Berg                              )
P.O. Box 2384                            )
Davidson, NC 28036                       )
                                         )
Donald F. Berry                          )
125 Westbury Dr.                         )
Corapolis, PA 15108                      )
                                         )
Michael Berry                            )
3806 Via Pasatiempo                      )
Rancho Santa Fe, CA 92091                )
                                         )
Lloyd R. Berryhill                       )
1437 James Dr.                           )
Celina, OH 45822                         )
                                         )
Gary D. Bettig                           )
510 Fultz Dr.                            )
Oneida, NY 13421                         )
                                         )
Frederick W. Bettis                      )
355 Trieste Drive                        )
Punta Gorda, FL 33950                    )
                                         )
Walter M. Bigham                         )
300 Sawmill Road                         )
Slippery Rock, PA 16057                  )
                                         )
Donald Billups                           )
3517 Woods Blvd.                         )
Tyler, TX 75707                          )
                                         )

John L. Bisson                          )
434 Lagoon Drive                        )
Sanibel Island, FL 33957                )
                                        )
John M. Bittick                         )
6400 Oakview Dr.                        )
Flower Mound, TX 75022                  )
                                        )
Douglas A. Bizer                        )
P.O. Box. 213                           )
Lake Ozark, MO 65049                    )
                                        )
James Black                             )
281 Hickory Heights Dr.                 )
Bridgeville, PA15017                    )
                                        )
Gregory B. Blair                        )
P.O. Box 5161                           )
Johnson City, TN 37602                  )
                                        )
John A. Blauvelt                        )
252 West Joyce Ln.                      )
Arnold, MD 21012-2205                   )
                                        )
Thomas H. Block                         )
687 North Samsula Dr.                   )
New Smyrna Beach, FL 32168              )
                                        )
Phillip Ray Bloomer                     )
156 Deer Spring Trail                   )
Lowgap, NC 27024                        )
                                        )
Terry L. Bock                           )
9114 Seagrove Dr.                       )
Dallas, TX 75243                        )
                                        )
Estate of Robert H. Bodholdt           )
7200 Lingfield Dr.                      )
Reno, NV 89502                          )
                                        )
Leslie T. Boggess                       )
24 Forestdale Rd.                       )
Kinnelon, NJ 07405-2509                 )
                                        )

Guy M. Boisseau                            )
1125 Tall Pine Trail                       )
Gulf Breeze, FL 32561                      )
                                           )
Charles F. Boivin                          )
848 Grove Ave.                             )
Holly Hill, FL 32117                       )
                                           )
Roy K. Boldt                               )
3198 Dockage Way                           )
Palm City, FL 34990                        )
                                           )
Jeffrey L. Bonzon                          )
11620 Shipwatch Dr., Apt. 1424             )
Largo, FL 33774                            )
                                           )
George Gerald Borchin                      )
2008 Cochran Ct.                           )
Daytona Beach, FL 32128                    )
                                           )
Henry T. Borek                             )
3315 45th Ave. E                           )
Bradenton, FL 34203-8886                   )
                                           )
Gary Borck                                 )
72 Exeter Rd.                              )
Hampton, NH 03862                          )
                                           )
Paul D. Borsky                             )
4815 South Landings Dr, Apt 101            )
Ft Myers, FL 33919-4690                    )
                                           )
Edwin Perron Bosiger, Jr.                  )
104 Meadowgate Dr.                         )
Forest, VA 24551                           )
                                           )
Richard E. Bowden                          )
5141 Buckhead Trail                        )
Knoxville, TN 37919                        )
                                           )
William W. Bowen                           )
86 Lake Drive                              )
New Milford, CT 06776                      )
                                           )

David A. Bowers                                )
1261 Alta Vista Dr.                            )
Vista, CA 92084                                )
                                               )
Gary Boyer                                     )
1044 Dills Cove Rd.                            )
Sylvia, NC 28779                               )
                                               )
Edward Brandys                                 )
1005 Beaver Rd.                                )
Sewickley, PA 15143                            )
                                               )
Robert M. Braunig                              )
1832 Spruce Creek Blvd.                        )
Daytona Beach, FL 32128                        )
                                               )
Dennis Bray                                    )
2509 Brightmoor Ridge Dr.                      )
Matthews, NC 28105                             )
                                               )
David D. Bregar                                )
19 Stonehenge Rd                               )
Bedford, NH 03110-5739                         )
                                               )
Ronald A. Brethauer                            )
P.O. Box 4197                                  )
Avon, CO 81620-4197                            )
                                               )
Donald Brewster                                )
9384 Cove Point St.                            )
Tequesta, FL 33469-1313                        )
                                               )
James E. Brick                                 )
1021 Placid Court                              )
Arnold, MD 21012                               )
                                               )
Richard A. Brink                               )
16 Summer Drive                                )
Londonderry, NH 03053                          )
                                               )

Terry E. Brock                      )
17756 King Point Drive              )
Cornelius, NC 28031                 )
                                    )
John M. Brookman                    )
14771 Hole In One Circle, #201      )
Ft. Myers, FL 33919                 )
                                    )
James Allen Brown                   )
P.O. Box 1371                       )
Gallatin, TN 37066                  )
                                    )
Jordan Brown                        )
2432 Marbury Rd.                    )
Pittsburgh, PA 15221                )
                                    )
Lewis P. Brown                      )
2060 Via Ladeta                     )
La Jolla, CA 92037                  )
                                    )
Marilyn E. Brown                    )
4019 S. Via Del Picamaderos         )
Green Valley, AZ 85614-5436         )
                                    )
Robert M. Brown                     )
2300 Las Casitas Dr.                )
Wellington, FL 33414                )
                                    )
Robert W. (Bob) Brown               )
5439 Lower Fayetteville Rd.         )
Sharpsburg, GA 30277                )
                                    )
Margaret M. Bruce                   )
128 Culpeze Rd.                     )
Mooresville, NC 28117               )
                                    )
Jon L. Bryan                        )
14 Noyes Avenue                     )
Mattapoisett, MA 02739              )
                                    )
Alan Dennis Buch                    )
4121 Brentwood Park Circle          )
Tampa, FL 33624                     )
                                    )

Berry C. Bunch Jr.                          )
1531 Aqui Esta Dr.                          )
Punta Gorda, FL 33950                       )
                                            )
Richard Elwyn Bunting                       )
7930 Canyon Slope Pl.                       )
San Diego, CA 92120                         )
                                            )
John R. Burchfield                          )
1309 Bayshore Dr., Apt. 8                   )
Fort Pierce, FL 34949                       )
                                            )
Robert J. Burchhardt                        )
180 Crooked Lake Rd.                        )
Tully, NY 13159                             )
                                            )
William J. Burdis                           )
P.O. Box 1123                               )
Coraopolis, PA 15108                        )
                                            )
Larry C. Burfield                           )
P.O. Box 366                                )
100 Brant Dr.                               )
Reno, OH 45773-0366                         )
                                            )
Farrell L. Burner                           )
1127 Juniper Creek Dr.                      )
Keysville, VA 23947                         )
                                            )
Franklin Burns                              )
3255 South Atlantic Ave. #101               )
Daytona Beach Shores, FL 32118              )
                                            )
Donald M. Burrows                           )
42891 Ponderosa Rd.                         )
Baker City, OR 97814                        )
                                            )
John R. Bushing                             )
4101 N. Ocean Blvd., #1001                  )
Boca Raton, FL 33431                        )
                                            )
Estate of Ronald R. Bussinger               )
123 Point Vue Dr                            )
Pittsburgh, PA 15237-1883                   )
                                            )

Edwin W. Campbell                              )
160 Hanny Beaver Rd.                           )
Hookstown, PA 15050                            )
                                               )
Jon Carlson                                    )
209 59th St.                                   )
Virginia Beach, VA 23451                       )
                                               )
Michael David Carney                           )
244 Lakeview Shores Loop                       )
Mooresville, NC 28117                          )
                                               )
Andre H. Carrigan                              )
186 Amity Ridge Rd.                            )
Amity, PA 15311                                )
                                               )
Gene Hamilton Carswell                         )
119 Woodhaven Dr.                              )
Hendersonville, NC 28739                       )
                                               )
James R. Casian                                )
175 Exeter Rd.                                 )
Hamton Falls, NH 03844                         )
                                               )
Frank A. Cassulo                               )
350 North Shore Cir., Unit 1422                )
St. Augustine, FL 32092                        )
                                               )
Michael Castlen                                )
17010 Harcombe Dr.                             )
Charlotte, NC 28277                            )
                                               )
James M. Caughey                               )
11285 Crystal Oaks Way                         )
San Diego, CA 92131                            )
                                               )
Anthony W. Cenci                               )
P.O. Box 455                                   )
Pinehurst, NC 28370                            )
                                               )
Barbara Z. Chadwick                            )
1285 Estates Dr.                               )
Turlock, CA 95380-2929                         )
                                               )

C. Bennett Chamberlin III    )
P.O. Box 430118    )
Big Pine Key, FL 33043    )
    )
Darrell Chambers    )
257 N. Calderwood St., #106    )
Alcoa, TN 37701-2111    )
    )
Larry Channing    )
1322 Chapman Circle    )
Winter Park, FL 32789    )
    )
Charles F. Chapas    )
126 Derwent Drive    )
Pittsburgh, PA 15237    )
    )
James M. Chapman    )
8303 Mediterranean Way    )
Sacramento, CA 95826-1660    )
    )
Carl C. Chappell Jr.    )
967 Redfeather Ct.    )
Incline Village, NV 89451    )
    )
Donald H. Cheatham    )
608 Galley Ct.    )
Hampstead, NC 28443    )
    )
Joseph A. Chriss    )
4099 Oak Pointe Dr.    )
Gulf Breeze, FL 32563    )
    )
Harold J. Christiana Jr.    )
5563 E Constitution Blvd.    )
Marblehead, OH 43440    )
    )
Estate of Nino C. Ciancetta    )
6 Elizabeth Lane    )
Daytona Beach, FL 32118-5202    )
    )
Terry A. Clack    )
4100 Bald Eagle Dr.    )
Lewiston, ID 83501    )
    )

David Clapp )
P.O. Box 370 )
Ona, FL 33865 )
)
Jerome P. Clark )
12 Hodgdon Farm Lane )
Newington, NH 03801-2751 )
)
Rand L. Clark )
4703 Town Ridge Dr. )
Greensboro, NC 27455 )
)
Walter M. Clark, Jr. )
13552 Dray Ln. )
East Liverpool, OH 43920-9538 )
)
John Clasby )
6921 River Oaks Dr. )
McLean, VA 22101-1521 )
)
Robert W. Clifford )
210 Windsor Dr, N )
Fairhope, AL 36532-4886 )
)
Marwood M. Clauson )
952 Sadlersville Rd. )
Adams, TN 37010 )
)
Edward T. Clegg )
23 Hearthside Rd. )
Standish, ME 04084 )
)
Daryl R. Click )
Box 4774 CRS )
Johnson City, TN 37602 )
)
Harlan M. Cobert )
606 Kestrel Court )
Woodstock, VA 22664 )
)
Estate of Carl E. Colbath )
147 Thompson Hill Rd., Apt. 3 )
Aliquippa, PA 15001-5837 )
)

Estate of Kenneth Coleman                )
655 27th Drive                           )
Vero Beach, FL 32968-1202                )
                                         )
Edward J. Colgan, Jr.                    )
9618 Lees Mill Rd                        )
Warrenton, VA 20186-7824                 )
                                         )
Terry L. Collette                        )
5900 Landview Dr.                        )
Roanoke, VA 24018                        )
                                         )
Clayton L. Collins                       )
Box 341                                  )
Gilbertsville, NY 13776                  )
                                         )
Kenneth W. Compher                       )
1325 7th Street South                    )
Naples, FL 33940                         )
                                         )
Dennis P. Condon                         )
312 Crosswinds Dr.                       )
Palm Harbor, FL 34683                    )
                                         )
William M. Conrey                        )
1165 Cleveland Hall Blvd.                )
Old Hickory, TN 37138                    )
                                         )
John N. Constans                         )
2004 Via Tiempo                          )
Cardiff-By-The-Sea, CA 92007             )
                                         )
Robert Converse                          )
156 San Juan Drive                       )
Sequim, WA 98382                         )
                                         )
David B. Conway                          )
190 Eastwood Dr.                         )
Seymour, CT 06483-2475                   )
                                         )
Eugene C. Conway                         )
5130 Laura Lane                          )
Canandaigua, NY 14424-8323               )
                                         )

Barry E. Cooper                          )
18384 S.E. Heritage Dr.                  )
Tequesta, FL 33469                       )
                                         )
Marshall P. Copeland                     )
1010 Marina Harbour Dr.                  )
Maryville, TN 37801                      )
                                         )
Clarence Corbin                          )
P.O. Box 1635                            )
Boerne, TX 78006                         )
                                         )
Jack R. Cosper                           )
11611 Hunter Lane                        )
GIG Harbor, WA 98332                     )
                                         )
John D. Councilman                       )
3310 Oak Vista Dr.                       )
Daytona Beach, FL 32124                  )
                                         )
Ruth (Mason-) Courten                    )
5339 Woodford Drive                      )
Birmingham, AL 35242                     )
                                         )
Steven M. Courtney                       )
15713 East Cactus Wren Ct.               )
Fountain Hills, AZ 85268                 )
                                         )
John R. Covey                            )
4 North Hills Dr.                        )
Parkersburg, WV 26101                    )
                                         )
Mitchell D. Cowan                        )
P.O. Box 8669                            )
Pittsburgh, PA 15221                     )
                                         )
William Alan Coward                      )
684 Warbler Lane                         )
Corvallis, MT 59828                      )
                                         )
James D. Cox                             )
39 Hoyt Lane                             )
Friday Harbor, WA 98250                  )
                                         )

Dale Wayne Crabill                  )
7944 10th Ave. S.                   )
St. Petersburg, FL 33707            )
                                    )
William I. Craig                    )
3024 Luke Crossing Dr.              )
Charlotte, NC 28226                 )
                                    )
Michael O. Cranson                  )
102 Shumaker Lane                   )
Tenants Harbor., ME 04860           )
                                    )
William D. Crawford                 )
436 Oliver Rd.                      )
Sewickley, PA 15143-1034            )
                                    )
Michael Creider                     )
2418 Lord Anson Dr.                 )
Waxhaw, NC 28173-8512               )
                                    )
Frederick S. Croatti                )
1999 Hawks Nest Dr.                 )
Port Orange, FL 32128-7380          )
                                    )
John A. Crocker                     )
176 Indian Mound Trail              )
Tavernier, FL 33070                 )
                                    )
Charles W. Croco                    )
106 Highland Dr.                    )
Mc Murray, PA 15317-2708            )
                                    )
Rolland D. Crosby                   )
1370 Este Vista Ct.                 )
Encinitas, CA 92024                 )
                                    )
Charles A. Cross                    )
21 E Bay Rd.                        )
Willsboro, NY 12996                 )
                                    )
Joseph N. Cuddihy                   )
1230 Riverview Dr.                  )
Bullhead City, AZ 86442             )
                                    )

Forest Dale Cunningham )
143 Oakwood Dr. )
Rockville, IN 47872-8126 )
)
James R. Cunningham )
4003 Christie Lane )
Lawrence, PA 15055 )
)
Richard C. Cunningham )
PO Box 2351 )
Tubac, AZ 85646 )
)
James M. Currie )
P.O. Box 3363 )
Tega Cay, SC 29708 )
)
Richard E. Curtis )
3926 Burton Lane )
Denver, NC 28037 )
)
Loretta T Daczkowski )
1714 Heather Heights Dr. )
Cresent, PA 15046-3806 )
)
Noel Lexow Dahlander III )
13408 Golf Pointe Dr. )
Port Charlotte, FL 33953 )
)
David W. Daily )
724 High Hill Ct. )
Lake St. Louis, MO 63367 )
)
Fredric M. Dale )
2207 Shafer Vue Dr. )
Moon Township, PA 15108 )
)
William C. Dalton )
12 Burning Tree Lane )
Lawrenceville, NJ 08648-3106 )
)
Robert G. Danis )
45 Red Barn Ln )
East Greenwich, RI 02818-2419 )
)

Edward Daugherty                    )
12491 Heatherstone Pl               )
Carmel, FL 46033                    )
                                    )
Donald W. Davis                     )
1201 River Reach Dr., #408          )
Ft Lauderdale, FL 33315-1180        )
                                    )
John M. Davis                       )
616 Lakeshore Dr.                   )
Lexington, KY 40502-3117            )
                                    )
Michael R. Davis                    )
613 Cape McKinsey Dr.               )
Severna Park, MD 21146              )
                                    )
Carl D'Benedetto                    )
12420 Avenida Consentido            )
San Diego, CA 92128                 )
                                    )
Bruce Dean                          )
4 Sunset Bay Dr.                    )
Belleair, FL 33756-1644             )
                                    )
James J. Dean                       )
676 Oakleaf Rd.                     )
Sanford, NC 27332                   )
                                    )
Paul A. Dean                        )
2708 Mesa St.                       )
Irving, TX 75062                    )
                                    )
Fred F. Deckwitz                    )
5494 F Kaehulua Rd.                 )
Kapaa, HI 96746-9209                )
                                    )
Wayne E. DeLawter                   )
221 Coyatee Shores                  )
Loudon, TN 37774                    )
                                    )
C. Leslie DeLine                    )
613 Cape McKinsey Dr.               )
Severna Park, MD 21146              )
                                    )

Ronald H. DeMarco                )
9256 Podunk Road                 )
Lee Center, NY 13363             )
                                 )
Michael J. DePirro               )
22 Barbara Ct.                   )
Greenlawn, NY 11740-1104         )
                                 )
David O. Desmarais               )
3856 Lampl Avenue                )
Virginia Beach, VA 23452         )
                                 )
Donald R. DeTenley               )
201 Gulf Stream Dr.              )
Emerald Isle, NC 28594           )
                                 )
Ronald H. DeVries                )
9703 Mary Robin Dr.              )
Riverview, FL 33569-5573         )
                                 )
Terryl L. Dickinson              )
35 Putter's Place                )
Savannah, GA 31419-6070          )
                                 )
Kenneth A. Dillard               )
12496 Kinspine Ave.              )
San Diego, CA 92131              )
                                 )
Perry E. Dillon                  )
Rt. 1, Box 27A                   )
Beverly, WV 26235-9777           )
                                 )
Edward Dingivan                  )
412 Harrison Ave.                )
San Antonio, TX 78209            )
                                 )
Larry W. Ditch                   )
15952 SE 36th Ave.               )
Summerfield, FL 34491            )
                                 )
Archie A. Dixon                  )
309 Beechcliff Ct.               )
Winston Salem, NC 27104          )
                                 )

Larry Steven Dodson              )
P.O. Box 160                     )
Athens, TN 37303                 )
                                 )
Norman Dolmovich                 )
100 Heidcrest Dr.                )
Pittsburgh, PA 15237-2257        )
                                 )
Stephen E. Dotson                )
3630 SW Sunset Trace Circle      )
Palm City, FL 34990              )
                                 )
Floyd H. Douglas                 )
1131 Cranberry Dr.               )
Murfreesboro, TN 37129           )
                                 )
Don M. Douglass                  )
202 Edwards Ln.                  )
Jamestown, NC 27282              )
                                 )
Gail D. Douthitt                 )
249 Normandy Road                )
Mooresville, NC 28117-8431       )
                                 )
Robert W. Dowgialo               )
635 Grant Court                  )
Satellite Beach, FL 32937        )
                                 )
Christopher T. Downs             )
70 Longview Ln.                  )
Newtown Square, PA 19073         )
                                 )
Daryl V. Dressler                )
10646 Mira Lago Terrace          )
San Diego, CA 92131              )
                                 )
Larry A. Drury                   )
P.O. Box 964                     )
Sandia Park, NM 87047            )
                                 )
James R. Dryer                   )
8040 Plantation Lakes Dr.        )
Port St. Lucie, FL 34986         )
                                 )

Herbert L. Dudley                          )
662 S. Shore Rd.                           )
Edinburg, NY 12134-5927                    )
                                           )
George E. Dunn                             )
1868 Gumtree Rd.                           )
Asheboro, NC 27205                         )
                                           )
James J. Dunn                              )
1136 Coddington Place                      )
Charlotte, NC 28211                        )
                                           )
William Harvey Durbin                      )
3475 Bear Poplar Rd.                       )
Mount Ulla, NC 28125                       )
                                           )
Donald J. Dyer                             )
106 Royal Rd.                              )
Jamestown, NC 27282                        )
                                           )
Jeanena Dzierga                            )
1022 W. Gallway Rd.                        )
Hagaman, NY 12086-2602                     )
                                           )
Roger Eastman                              )
P.O. Box 1188                              )
1302 Romancoke Rd.                         )
Stevensville, MD 21666-1188               )
                                           )
Clare C. Eaton                             )
2705 Pinehurst Dr.                         )
Plano, TX 75075                            )
                                           )
Estate of Gerhard A. Eaves                 )
1551 King Albert Dr.                       )
Pittsburgh, PA 15237-1571                  )
                                           )
Verna V. Eaves                             )
1551 King Albert Dr.                       )
Pittsburgh, PA 15237                       )
                                           )
Daniel R. Eckels                           )
3183 Columbus Rd.                          )
Centerburg, OH 43011                       )
                                           )

Alan Edgren                              )
2810 Don Quixote Dr.                     )
Punta Gorda, FL 33950                    )
                                         )
James M. Edwards                         )
Box 23490                                )
Silverthorne, CO 80498                   )
                                         )
Peter R. Eichenlaub                      )
219 Arborwood Dr.                        )
Gibsonia, PA 15044                       )
                                         )
Daniel G. Eismon                         )
695 Shasteen Bend Dr.                    )
Winchester, TN 37398                     )
                                         )
Bruce D. Elgin                           )
21260 Twin Oak                           )
Yorba Linda, CA 92886                    )
                                         )
Estate of William F. Elliott             )
C/O Patrick Weakland                     )
1539 Threeway Rd.                        )
Warsaw, VA 22572                         )
                                         )
Chester R. Elwell, Jr.                   )
4651 Babcock St, NE, #18-184             )
Palm Bay, FL 32905-2808                  )
                                         )
Chris G. Emanuel                         )
6832 Aronomink Dr.                       )
Charlotte, NC 28210                      )
                                         )
Richard G. Emery                         )
1010 Thornridge Cir.                     )
Argyle, TX 76226                         )
                                         )
James Eng                                )
P.O. Box 807                             )
Collierville, TN 38027                   )
                                         )
David William Engle                      )
8880 South Ocean Dr., #1205              )
Jensen Beach, FL 34957-2142              )
                                         )

Keith Ennis                         )
22 Oak Hill Dr.                     )
Amherst, NH 03031-2525             )
                                    )
Mark G. Estes                       )
1418 Runnymede Rd                   )
Norfolk, VA 23505                   )
                                    )
Paul G. Evans                       )
17041 Livorno Dr.                   )
Pacific Palisades, CA 90272         )
                                    )
Marvin A. Everett Jr.               )
760 West Lightwood St.              )
Dunnellon, FL 34434-2231           )
                                    )
Michael G. Fadden                   )
13 Country Club Dr.                 )
Fairfield, CA 94534                 )
                                    )
Richard O. Fagan                    )
P.O. Box 73065                      )
Bellevue, KY 41073                  )
                                    )
Philip J. Fahs                      )
3418 Lake Country Ct.               )
Dallas, TX 75234                    )
                                    )
Ronald A. Faraday                   )
1749 Newton Ransom Blvd.            )
Clarks Summit, PA 18411            )
                                    )
John W. Farr IV                     )
201 Hein Dr.                        )
Clayton, NC 27527                   )
                                    )
Gerard P. Fenzel                    )
7371 Starcliff Avenue N.W.          )
North Canton, OH 44720             )
                                    )
Terry L. Ferris                     )
412 Flicker Ave.                    )
Longmont, CO 80501                  )
                                    )

Kenneth A. Fessler                    )
60 Appelton St.                       )
Salem, MA 01970-1630                  )
                                      )
Charles Feuchter                      )
175 Willow Way                        )
Roswell, GA 30076                     )
                                      )
Estate of William H. Fey              )
113 Island Way, Apt. 235              )
Clearwater, FL 33767-2223             )
                                      )
Larry F. Fickel                       )
7252 Columbine Pl. NW                 )
Seabeck, WA 98380                     )
                                      )
Stanley G. Fickes                     )
Box 319                               )
Newport, PA 17074-0319                )
                                      )
Todd T. Fieser                        )
440 Belmont Bay Dr. #410              )
Woodbridge, VA 22191                  )
                                      )
Joseph H. Fife                        )
18736 Baseleg Ave.                    )
N. Ft. Myers, FL 33917                )
                                      )
Gary V. Fingerman                     )
6564 Brynwood Way                     )
San Diego, CA 92120                   )
                                      )
Paul M. Finnerty                      )
7116 18th Ave. W.                     )
Bradenton, FL 34209-4948              )
                                      )
James C. Fisher                       )
17 Myrtle Bank Ln                     )
Hilton Head Island, SC 29926-2650     )
                                      )
Richard R. Fisher                     )
535 Dobbs Landing                     )
Hartwell, GA 30643                    )
                                      )

Carl R. Fisherkeller                )
4355 Gulfstream Ave.                )
Sarasota, FL 34236                  )
                                    )
Thomas Fitzpatrick                  )
3640 Kenwick Trail                  )
Roanoke, VA 24018                   )
                                    )
Lori F. Fleishman                   )
517 Westbrook Rd    .               )
Knoxville, TN 37919                 )
                                    )
James C. Flemming                   )
19433 Mary Ardrey Circle            )
Cornelius, NC 28031                 )
                                    )
Philip A. Fletcher                  )
P.O. Box 6079                       )
Palm Harbor, FL 34684-0679          )
                                    )
Robert L. Flom                      )
3401 Lake Padgett Dr.               )
Land O'Lakes, FL 34639-4570         )
                                    )
Paul R. Flood                       )
1733 Yellowstone Dr.                )
Antioch, CA 94509                   )
                                    )
Marion R. Floyd                     )
94 Bridlewood Place                 )
Concord, NC 28025                   )
                                    )
Clara B. Foley                      )
P.O. Box 342                        )
Mount Dora, FL 32756-0342           )
                                    )
Ronald A. Folk                      )
916 Meadow Lane                     )
Kingsport, TN 37663                 )
                                    )
John J. Folting                     )
1236 Concord St.                    )
San Diego, CA 92106                 )
                                    )

Charles C. Forrester                    )
1012 Byers Ave.                         )
Chambersburg, PA 17201-3818             )
                                        )
George P. Forsythe                      )
3079 Bedillion Rd.                      )
Washington, PA 15301                    )
                                        )
Stephen R. Forte                        )
3517 Northwest McCready Dr.             )
Bend, OR 97701                          )
                                        )
William D. Foster                       )
14808 Comfort Lane                      )
Mineral, VA 23117-9631                  )
                                        )
Robert A. Fox                           )
11 Billingsgate Dr.                     )
Simsbury, CT 06070-2764                 )
                                        )
Thomas Fox                              )
140 The Mews, Haddonfield               )
Haddonfield, NJ 08033                   )
                                        )
Warren S. Foy                           )
956 Harbor View Dr.                     )
San Diego, CA 92106                     )
                                        )
Robert W. Freudigman                    )
4556 East Lake Rd.                      )
Livonia, NY 14487-9756                  )
                                        )
Alexander Fritz Jr.                     )
5101 N. A1A Hwy, Apt 103                )
Vero Beach, FL 32963-1172               )
                                        )
Ralph S. Fritz                          )
403 SW Thistle Trail                    )
Port St. Lucie, FL 34953                )
                                        )
Charles A. Fugazzi                      )
10538 Master Dr.                        )
Union, KY 41091                         )
                                        )

Richard R. Fusakio                    )
PO Box 84 HWY 41                      )
Guild, TN 37340                       )
                                      )
Gayle Galle                          )
P.O. Box 307                         )
Scarborough, NY 10510-9207           )
                                      )
William G. Gadd                      )
356 Willow Rd.                       )
Avella, PA 15312                     )
                                      )
Oliver W. Gager                      )
6414 West Canondale Dr.              )
Crystal River, FL 34429              )
                                      )
Robert E. Gaines                     )
26 Regency Ct.                       )
Marlton, NJ 08053                    )
                                      )
John Franklin Gainey                 )
383 Lander Dr.                       )
Henderson, NV 89074                  )
                                      )
Denis F. Gallagher                   )
18 Arlington Terrace                 )
Edgewater, NJ 07020                  )
                                      )
Peter C. Gallagher                   )
7380 S.E. Jamestown Terr.            )
Hope Sound, FL 33455                 )
                                      )
Strat Gallas                         )
2015 South Tuttle Ave.               )
Sarasota, FL 34239                   )
                                      )
Carl Gamble                          )
9400 Hunting Court                   )
Matthews, NC 28105                   )
                                      )
Stephen E. Garboski                  )
10750 Wilshire Blvd., Apt. 504       )
Los Angeles, CA                      )
                                      )

Carl B. Garmong                    )
2312 Prosperity Bay Ct.            )
Palm Beach Gardens, FL 33410       )
                                   )
Mitchell A. Garner                 )
9 Wiley Post Ln.                   )
East Falmouth, MA 02536            )
                                   )
James G. Garry                     )
425 Atlantic Ave.                  )
Wells, ME 04090-4328               )
                                   )
Emil W. Garske                     )
1314 E Las Olas Blvd. #410         )
Ft. Lauderdale, FL 33301           )
                                   )
Robert J. Gattanella               )
102 Via Duomo                      )
New Smyrna Beach, FL 32169         )
                                   )
A. Edward Gay III                  )
P.O. Box 239                       )
Camden, NY 13316-0239              )
                                   )
Douglas K Gentzkow                 )
10325 216th Ct, NE                 )
Redmond, WA 98053-7694             )
                                   )
Roger Geopfarth                    )
P.O. Box 231017                    )
Las Vegas, NV 89105                )
                                   )
Mark Gerber                        )
2922 170th Ave. S.E                )
Bellevue, WA 98008                 )
                                   )
Richard E. Gerry                   )
811 Spieden Place                  )
Bellingham, WA 98229               )
                                   )
Geraldine "Gerry" S. Gettman       )
4 Dover Falls Rd                   )
Ormand Beach, FL 32174-8282        )
                                   )

Greg B. Gibson                                    )
988 Bayans Place Rd.                              )
Winston Salem, NC 27104                           )
                                                  )
Benjamin Gilbert, Jr.                             )
7820 N. Howard Hughes Way                         )
Hernando, FL 34442                                )
                                                  )
John T. Gilbert                                   )
5017 Windmill Palm Terrace, NE                    )
St. Petersburg, FL 33703-6312                     )
                                                  )
Richard H. Givens                                 )
4505 Silver City Glendon Rd                       )
Bear Creek, NC 27207-9022                         )
                                                  )
Estate of Harvey C. Goff                          )
512 Mark Ln                                       )
Plainfield, IN 46168-2024                         )
                                                  )
Roscoe L. Goforth                                 )
818 Montclair Dr.                                 )
Wilmington, NC 28403                              )
                                                  )
James G. Golden                                   )
46 Eagle Dr.                                      )
N. Kingstown, RI 02852-1056                       )
                                                  )
Joseph Goodwin                                    )
7727 Caminito Monarca #111                        )
Carlsbad, CA 92909                                )
                                                  )
Ronald H. Gordon                                  )
932 Allison Mews Pl                               )
Concord, NC 28027                                 )
                                                  )
Robert E. Gorman                                  )
2700 South Hemlock Ave.                           )
Broken Arrow, OK 74012-0817                       )
                                                  )
John G. Gray                                      )
147 Victoria Lane East                            )
Hendersonville, TN 37075-1200                     )
                                                  )

Warren D. Graff                              )
4263 Oak Dr.                                 )
Monongahela, PA 15063                        )
                                             )
Homer Graham                                 )
992 Firetower Rd.                            )
P.O. Box 190                                 )
Little Switzerland, NC 28749                 )
                                             )
Joseph W. Graham                             )
5486 Soledad Road                            )
La Jolla, CA 92037                           )
                                             )
Bruce Granquist                              )
3711 Copper Crest Rd.                        )
Olivenhain, CA 92024                         )
                                             )
Robert M. Grant                              )
1536 Franklin Rd.                            )
P.O. Box 100                                 )
Jackson Center, PA 16133                     )
                                             )
Richard T. Graves                            )
1904 Chatsworth Way                          )
Tallahassee, FL 32309                        )
                                             )
Stanley L. Graziul                           )
P.O. Box 3278                                )
Spring Hill, FL 34611-3278                   )
                                             )
William E. Green                             )
2330 W. Catalpa Rd.                          )
Tucson, AZ 85742                             )
                                             )
Clifford C. Gregory                          )
90 East 1720 North                           )
Layton, UT 84041                             )
                                             )
G. William Gregory                           )
8A Gayle Rd.                                 )
Skaneateles, NY 13152-1306                   )
                                             )

Russell Gries                              )
5780 Prosperity Pike                       )
West Finley, PA 15377-2303                 )
                                           )
Steven H. Griff                            )
8336 Chick Dr.                             )
Catawba, NC 28609-8886                     )
                                           )
Wayne H. Grimes                            )
140 Spinnaker Sail Ct.                     )
Moneta, VA 24121                           )
                                           )
Ira David Grinnan, Jr.                     )
P.O. Box 980                               )
Locust Grove, VA 22508-0980               )
                                           )
Pete C. Grissom                            )
P.O. Box 927                               )
Marion, VA 24354                           )
                                           )
Gary Gronewald                             )
219 Country Club Dr.                       )
Durham, NC 27712                           )
                                           )
Dale A. Gustafson                          )
7724 Shady Hills Dr.                       )
Indianapolis, IN 46278-9741               )
                                           )
Otis Marshall Guthrie                      )
932 Threewood Cir.                         )
Bowling Green, KY 42103                    )
                                           )
Richard F. Gutierrez                       )
P.O. Box 298                               )
Hampton, NH 03843-0298                     )
                                           )
Jerry H. Haas                              )
784 Arthur Rd.                             )
Montoursville, PA 17754                    )
                                           )
Robert A. Haas                             )
48 Stratham Heights Rd.                    )
Stratham, NH 03885                         )
                                           )

Donald R. Hackert                        )
327 Fox Run                              )
Hudson, NH 03051-3541                    )
                                         )
Vernon P. Hain                           )
1539 San Marion Ct.                      )
Punta Gorda, FL 3950                     )
                                         )
Carl E. Halasy                           )
23765 Wonneta Pkwy                       )
Westlake, OH 44145                       )
                                         )
Robert Hale                              )
24581Palace Court                        )
Laguna Niguel, CA 92677                  )
                                         )
Jerry W. Hall                            )
9719 Providence Forest Ln                )
Charlotte, NC 28270                      )
                                         )
Joseph A. Hall                           )
200 North Lake Ct.                       )
Stevensville, MD 21666                   )
                                         )
Roger L. Hall                            )
12601 Pleasant View Ct.                  )
Nokesville, VA 20181-1705                )
                                         )
Danny B. Hamby                           )
7500 Toscana Blvd., Apt. 343             )
Orlando, FL 32819                        )
                                         )
William Hampton                          )
8936 Renato St.                          )
San Diego, CA 92129                      )
                                         )
Elton L. Hancock                         )
2824 Arrowwod Lane                       )
Rock Hill, SC 29732                      )
                                         )
Michael L. Handy                         )
104 Island View Dr.                      )
Indian Harbor Beach, FL 32937            )
                                         )

John B. Hansen                              )
P.O. Box 2490                              )
Park City, UT 84060-2490                   )
                                           )
Leo E. Hansen, Jr.                         )
1057 Ina Dr.                               )
Alamo, CA 94507-1300                       )
                                           )
Richard A. Hansen                          )
3337 E. Inverness                          )
Mesa, AZ 85204-7323                        )
                                           )
Jay L. Harbour                             )
155 Baylor Way                             )
Longmont, CO 80503                         )
                                           )
Kenneth A. Hardter                         )
11411 Lakin Pl.                            )
Oakton, VA 22124-1232                      )
                                           )
Jerry N. Hare                              )
5057 Mertola Dr.                           )
El Dorado, CA 95762                        )
                                           )
Joseph E. Harenski                         )
120 Lost Tree Road                         )
Pinehurst, NC 28374-8324                   )
                                           )
Walter L. Harley                           )
16035 Samoa Ct.                            )
Tega Cay, SC 29715                         )
                                           )
Francis B. Harold                          )
187 Tri Mountain Lane                      )
Centralia, WA 98531                        )
                                           )
Jeffrey L. Harriman                        )
1010 Keystone Ct.                          )
Leland, NC 28451                           )
                                           )
Philip A. Harris                           )
13 Rockbrook Dr.                           )
Camden, ME 04843                           )
                                           )

Raymond Harris    )
20420 Island Forrest Dr.    )
Cornelius, NC 28031    )
    )
Thomas A. Harris    )
726 Cedar Hill Dr.    )
Shelby, NC 28152    )
    )
William J. Harris    )
125 A La Barbaria Rd.    )
Santa Fe, NM 87505    )
    )
Robert A. Hartig    )
6556 Old Dominion Dr.    )
McLean, VA 22101    )
    )
Gerald R. Hartman    )
522 Point Field Dr.    )
Millersville, MD 21108    )
    )
Dennis L. Hawkins    )
437 Leet Road    )
Sewickly, PA 15143    )
    )
Joe Haycraft    )
1100 9th St., South C-103    )
Naples, FL 34102    )
    )
Dana F. Healey Jr.    )
124 Parkside Dr.    )
Saint Augustine, FL 32095    )
    )
Gary M. Henderson    )
902 Beacon St.    )
Hampstead, NC 28443    )
    )
Robert L. Henderson    )
7526 Westmore Circle    )
Indianapolis, IN 46214    )
    )
Joseph G. Henderson Jr.    )
9045 Pinecreek Court    )
Indianapolis, IN 46256    )
    )

Estate of David M. Herbert )
401 Stillwater Ct. )
Lincoln, CA 95648 )
)
Charles Hernett )
4 Gusty Court )
Verona, WI 53593-7903 )
)
Monte D. Herrington )
12715 Vnings Creek Dr., Apt. 812 )
Matthews, NC 28105 )
)
George Hess )
301 N. Atlantic Ave., Unit 802 )
Cocoa Beach, FL 32931-2957 )
)
John A. Hessel )
1118 Tiger Trace Blvd. )
Gulf Breeze, FL 32563-7100 )
)
James Hestand )
5072 Summer Beach Blvd. )
Amelia Island, FL 32034 )
)
Arthur Hiatt )
818 Monaco Dr. )
Punta Gorda, FL 33950 )
)
Ted W. Hill II )
16501 Morecambe Dr. )
Cornelius, NC 28031 )
)
Jon Hinton )
P.O. Box 74 )
Springtown, PA 18081 )
)
William S. Hinton )
160 Sunny Cove Dr. )
Moneta, VA 24121 )
)
Frederick Hobbs )
202A Foxwood Rd. )
Coraopolis, PA 15108 )
)

Duana M. Hodges                          )
PO Box 162                               )
Tompkinsville, KY 42167                  )
                                         )
Elwin B. Hodgins, Jr.                    )
3013 Casa Del Norte Dr. NE               )
Albuquerque, NM 87111-5614               )
                                         )
Dennis Hoffman                           )
11832 Wayland St.                        )
Oakton, VA 22124                         )
                                         )
Michael L. Hoffman                       )
47 North Shore Rd                        )
P.O. Box 145                             )
New Durham, NH 03855-0145                )
                                         )
Gordon Hofstra                           )
1156 Hlavek Rd.                          )
Decatur, TX 76234                        )
                                         )
Brian M. Hogan                           )
3 Sandhill Crane                         )
Amelia Island, FL 32034                  )
                                         )
Walter C. Holliday, Jr.                  )
2617 South Pamplico Hwy                  )
Pamplico, SC 29583                       )
                                         )
Donald A. Hollinsworth                   )
95152 Black Duck Island                  )
Tower, MN 55790-8467                     )
                                         )
Bruce Hollister                          )
3254 Deerfield Ct.                       )
Williamsburg, VA 23185                   )
                                         )
Steve Holloway                           )
2509 Westminster Dr.                     )
Olney, MD 20832                          )
                                         )
David Holmes                             )
3631 Main Rd.                            )
Tiverton, RI 02878                       )
                                         )

Herbert H. Holmes                          )
204 Indian Ridge Trail                     )
Woodstock, GA 30189                        )
                                           )
Estate of John Homa                        )
176 Pleasant Grove Rd.                     )
Ithaca, NY 14850-2602                      )
                                           )
Oran Hoover                                )
279 Lockville Rd.                          )
Pickerington, OH 43147                     )
                                           )
Jerry Wayne Hope                           )
680 River Village Lane                     )
Afton, TN 37616                            )
                                           )
Dale A. Hopta                              )
6740 SW 132nd St.                          )
Pinecrest, FL 33156                        )
                                           )
Robert M. Horlander                        )
739 Balroyal Ct.                           )
Indianapolis, IN 46234-2204               )
                                           )
Harvel A. Horrell, Jr.                     )
110 Wild Berry Ln                          )
Hampstead, NC 28443                        )
                                           )
James L. Hosick, Jr.                       )
2142 Tiger Links Dr.                       )
Henderson, NV 89012-6102                   )
                                           )
David W. Houchin                           )
722 White Swan Dr.                         )
Arnold, MD 21012-1519                      )
                                           )
John C. Howard, Jr.                        )
P.O. Box 1056                              )
Cornelius, NC 28031                        )
                                           )
Paul E. Howe                               )
3015 Argyle Ave.                           )
Murffreeboro, TN 32127-8305               )
                                           )

Ronald B. Howell                    )
253 Quaker City Rd.                 )
Kempton, PA 19529                   )
                                    )
Robert E. Howerton                  )
1857 Dogwood Valley Rd.             )
Loudin, TN 37774-7311               )
                                    )
Roger A. Howie                      )
175 Buriak Rd.                      )
Johnstown, PA 15909-3406            )
                                    )
Robert J. Hudock                    )
1074 Timberwood Dr.                 )
Beaver Falls, PA 15010-1614         )
                                    )
Andrew Stephen Hudson               )
5 Paddock Circle                    )
New London Twp., PA 19352           )
                                    )
Rochelle A. Hunt                    )
3009 Blackthorn Way                 )
Richmond, VA 23233-2066             )
                                    )
Estate of William J. Hunt III       )
3009 Blackthorn Way                 )
Richmond, VA 23233-2066             )
                                    )
Thomas Hupp                         )
4555 Dutch Ridge Rd.                )
Beaver, PA 15009                    )
                                    )
Dennis W. Hutchins                  )
P.O. Box 577                        )
Fox Island, WA 98333                )
                                    )
Arlen W. Ingman                     )
9362 Crest Hill Rd.                 )
Marshall, VA 20115-3017             )
                                    )
Robert A. Inscoe                    )
55 Lazy Eight Drive                 )
Port Orange, FL 32128               )
                                    )

David R. Iverson                              )
213 Sherwood Dr.                              )
Murphy, TX 75094                              )
                                              )
Joseph T. Jackson, Jr.                        )
256 Lytton Rd.                                )
Coraopolis, PA 15108-1074                     )
                                              )
Chester S. Jakubowski                         )
41 Converse Ave.                              )
Newton, MA 02458-2503                         )
                                              )
Armen Janzen                                  )
1509 Old McCloud Rd.                          )
Mount Shasta, CA 96067                        )
                                              )
Steve Javaras                                 )
13529 Gray Road North                         )
Carmel, IN 46033                              )
                                              )
Raymond C. Jenkins                            )
P.O. Box 578                                  )
Grants, NM 87020-0578                         )
                                              )
Robert W. Jenkins                             )
2750 Cambridge Lane                           )
Mt. Dora, FL 32757                            )
                                              )
David Rockne Johnson                          )
11 Blanco Dr.                                 )
Edgewood, NM 87015                            )
                                              )
Richard W. Johnson                            )
P.O. Box 337                                  )
435 Valley View Trail                         )
Pine Valley, CA 91962                         )
                                              )
Thomas E. Johnson                             )
16062 Timber Meadow Dr.                       )
Colorado Springs, CO 80908                    )
                                              )
James E. Johnson, Jr.                         )
2168 Kings Cross                              )
Titusville, FL 32796                          )
                                              )

Dennis D. Jones                                )
31062 Montesa Drive                            )
Laguna Niguel, CA 92677                        )
                                               )
Craig W. Jordan                                )
134 E. Lafayette St.                           )
West Chester, PA 19380                         )
                                               )
Ira Josephson                                  )
915 Morgan Drive                               )
Royersford, PA 19468                           )
                                               )
Robert B. Kaplan                               )
5227 N. Spring Pointe Pl.                      )
Tucson, AZ 85749-7119                          )
                                               )
Giles Kay, Jr.                                 )
13042 Fiddlers Creek Rd. South                 )
Jacksonville, FL 32224                         )
                                               )
Richard Kearney                                )
413 Plum Sock Road                             )
Amity, PA 15311                                )
                                               )
Gary Keaster                                   )
9480 S.W. 97th Street                          )
Miami, FL 33176                                )
                                               )
John S. Kell                                   )
1 Novilla                                      )
Laguna Niguel, CA 92677                        )
                                               )
Tom Kelley                                     )
101425 Overseas Hwy Pmb 923                    )
Key Largo, FL 33037                            )
                                               )
William Kelly                                  )
105 Stone Step Court                           )
Millersville, MD 21108                         )
                                               )
James Lee Kennedy                              )
17423 Sailors Watch Place                      )
Cornelius, NC 28031                            )
                                               )

Charles E. Kernan                    )
301 Chesapeake Dr.                   )
Great Falls, VA 22066-3814           )
                                     )
Joseph P. Kernan                     )
194 Peaceful Acres Ln                )
Martinsville, VA 24112-1997          )
                                     )
Norman Kerns                         )
3544 Omni Circle                     )
Edgewater, FL 32141                  )
                                     )
Robert Kerwin                        )
3226 NE 168 St.                      )
Miami, FL 33160                      )
                                     )
Estate of Edward F. Kertz            )
716 Hideaway Bay Ln                  )
Longboat Key, FL 34228-1518          )
                                     )
Albert E. Kessell                    )
26 Fillmore St.                      )
Plymouth, MA 02360-5227              )
                                     )
David L. Kettles                     )
P.O. Box 34106                       )
Pensacola, FL 32507                  )
                                     )
Frank W. Kiewel                      )
1 Brook Dr.                          )
Templeton, MA 01468-1485             )
                                     )
Chuck R. King                        )
78 Hazel Path                        )
Marstons, MA 02648                   )
                                     )
William G. Kingston                  )
P.O. Box 555                         )
New Castle, NH 03854-0555            )
                                     )
John W. Kiracofe                     )
5034 Montibello Dr.                  )
Charlotte, NC 28226                  )
                                     )

Frank W. Kiszely                          )
3784 Burton Lane                          )
Denver, NC 28037                          )
                                          )
Estate of Peter L. Klein                  )
8206 Rockville Rd., Apt. 111              )
Indianapolis, IN 46214-3113               )
                                          )
Robert H. Klenke                          )
9901 Estate Emmaus                        )
St. John, VI 00830-9587                   )
                                          )
Sheldon L. Kling                          )
652 Clearview Dr.                         )
Bethel Park, PA 15102-3768                )
                                          )
Daniel E. Klobucher                       )
11716 Big Meadows Rd.                     )
Chattaroy, WA 99003                       )
                                          )
Robert D. Knapp                           )
Box 832                                   )
Silverthorne, CO 80498                    )
                                          )
George W. Knebel                          )
9105 Valley Brook Ct.                     )
Waxhaw, NC 28173                          )
                                          )
Charles R. Knuth                          )
546 Oak Harbour Dr.                       )
Juno Beach, FL 33408                      )
                                          )
Michael D. Koblenz                        )
1260 Dolphin Bay, #301                    )
Siesta Key, FL 34242                      )
                                          )
Lloyd L. Kohl Jr.                         )
5638 Long Cove Dr.                        )
Jacksonville, FL 32222-1369               )
                                          )
Zander Koop                               )
201 East Main St.                         )
Burgaw, NC 28425-4603                     )
                                          )

Ronald L. Korn                          )
10167 E Cochise Dr.               )
Scottsdale, AZ85258-4844     )
                                       )
Estate of Floyd "Rick" William Kortum )
P.O. Box 1936                 )
Olympia, WA 98507-1936     )
 )
William A. Kotalik )
5146 Bridgewater Lane )
Brunswick Hills, OH 44212 )
 )
Estate of Dale E. Kottraba )
1022 Springfield Ct. )
Renfrew, PA 16053-9250 )
 )
Richard W. Krishock )
3740 Ocean Beach Blvd, #805 )
Cocoa Beach, FL 32931 )
 )
Bernard B. Krouk )
88 W. McClellan Avenue )
Livingston, NJ 07039 )
 )
Donald Lee Krstich )
744 Inverness Ln. )
Earlysville, VA 22936 )
 )
Marilyn Krupp )
101 Victoria Drive )
Cannonsburg, PA 15317-5213 )
 )
Robert J. Kuehnle )
400 Madison St. )
Alexandria, VA 22314 )
 )
Warren E. Kuhlber )
306 Sewickley Ridge Dr. )
Sewickley, PA 15143-8902 )
 )
Lester J. Kuhlman )
813 Coleman Dr. )
Rochester, PA 15074-1106 )
 )

Peter B. Kunasz                                )
3962 Flowerwood Ln.                            )
Fallbrook, CA 92028                            )
                                               )
Stephen G. Kunkel                              )
2384 Prosperity Bay Ct.                        )
Palm Beach Gardens, FL 33410-2561              )
                                               )
Thomas J. Kurpinsky                            )
2694 Spruce Creek Blvd.                        )
Daytona Beach, FL 32128                        )
                                               )
Linda L. LaCom                                 )
1457 Calle Vaquero                             )
La Jolla, CA 92037                             )
                                               )
George J. Ladds                                )
58 Branch Tpk., #8                             )
Concord, NH 03301                              )
                                               )
William R. Lairsey                             )
40 Spar Lane                                   )
Portland, ME 04102                             )
                                               )
Donald R. Lambert                              )
2158 S. Cedar Crest Blvd.                      )
Allentown, PA 18103-9627                       )
                                               )
James Langenhahn                               )
2450 Bellwood Drive                            )
Pittsburgh, PA 15237                           )
                                               )
Howard A. Lapp                                 )
8910 Kula Hwy                                  )
Kula, HI 96790-7420                            )
                                               )
Estate of Edgar LaQuerre                       )
1565 Egret Way                                 )
Palm City, FL 34990                            )
                                               )
Allen J. Lauber                                )
191 Colonial Dr.                               )
Newton, PA 18940                               )
                                               )
Philip Laudenslager                            )

3217 Sapphire Lane      )
Fort Mill, SC 29708      )
     )
Lewis C. Laurito      )
9618 Maytum Circle      )
Helotes, TX 78023      )
     )
Edwin J. League      )
P.O. Box 620304      )
Woodside, CA 94062      )
     )
Eugene M. Leazenby      )
115 Hibiscus Dr.      )
Punta Gorda, FL 33950      )
     )
John J. Lednak      )
189 Turkey Foot Rd      )
Sewickley, PA 15148      )
     )
Gary A. Lee      )
2792 Noble Fir Court      )
Woodbridge, VA 22192      )
     )
David F. Leech      )
6229 S. 73rd East Ave      )
Tulsa, OK 74133      )
     )
Robert L. Leeds, Jr.      )
8330 Lake Village Cir.      )
Knoxville, TN 37938      )
     )
William A. Leefe      )
1158 Queens Drive      )
Coraopolis, PA 15108      )
     )
Estate of Robert V. Leeman      )
20 Oar & Line Rd.      )
Plymouth, MA 02360-3212      )
     )
Estate of William A. Lees      )
336 Oaklawn Drive      )
Pittsburgh, PA, 15241-1739      )
     )

Herbert G. Legrow                    )
3180 Charter Club Dr, Apt. A         )
Tarpon Springs, FL 34688-6547        )
                                     )
William Lehner                       )
314 Quail Run Rd.                    )
Venetia, PA 15367                    )
                                     )
George P. Leighton                   )
3821 Edgewater Dr.                   )
Bedford, TX 76021                    )
                                     )
Thomas A. Lempicke                   )
428 Oak Cove Road                    )
Titusville, FL 32780                 )
                                     )
David B. Lencses                     )
47 Winchester Dr.                    )
Freehold, NJ 07728                   )
                                     )
Robert H. Lendrim                    )
2299 SW Brookwood Lane               )
Palm City, FL 34990                  )
                                     )
Eric A. Lepp                         )
1493 Stafford Ave.                   )
Merritt Island, FL 32952             )
                                     )
Hartley Leroy                        )
19927 Sandyedge Dr.                  )
Cornelius, NC 28031                  )
                                     )
George T. Lewis                      )
1355-6 Pinellas Bayway               )
Tierra Verde, FL 33715               )
                                     )
Robert W. Lewis                      )
12283 Gadwell Place                  )
Indian Land, SC 29707                )
                                     )
Paul J. L'Heureux                    )
5039 Gevalia Drive                   )
Brooksville, FL 34604                )
                                     )

Warren L'Heureux                          )
115 Shafer Rd.                            )
Moon Township, PA 15108-1056             )
                                          )
Richard K. Libby                          )
1841 Cutting Ave                          )
Live Oak, CA 95953                        )
                                          )
Thomas R. Lillie                          )
5531 Willow Way                           )
Orefield, PA 18069                        )
                                          )
Carl T. Lindell                           )
524 W Ave De Los Lobos Marinos            )
San Clemente, CA 92672                    )
                                          )
John S. Lindsay                           )
200 Iron Bridge Rd.                       )
Freeport, PA 16229                        )
                                          )
Charles Lines III                         )
460 Shadydale Dr.                         )
Canfield, OH 44406                        )
                                          )
Eric R. Litt                              )
11702 Lariat Ln                           )
Oakton, VA 22124-2323                     )
                                          )
Reid M. Littell                           )
1957 Tammany Creek Rd.                    )
Lewiston, ID 83501                        )
                                          )
Carole L. Litten                          )
2600 S. Rock Creek Pkwy, Apt. 3-203       )
Superior, CO 80027                        )
                                          )
Daniel C. Littlefield                     )
3001 Cedar Point Dr.                      )
Shelby, NC 28150                          )
                                          )
Hobart T. Livingston III                  )
48 Swan Lake Trail                        )
Alton, NH 03809-4733                      )
                                          )

Robert K. Livingston                    )
P.O. Box 12482                          )
Pittsburgh, PA 15231                    )
                                        )
Charles R. Logan                        )
290 Milldale Valley Dr.                 )
Front Royal, VA 22630-7352              )
                                        )
John C. Logan                           )
702 Kensington Dr.                      )
Duncanville, TX 75137                   )
                                        )
John D. Long                            )
226 Pegasus Court                       )
Gambills, MD 21054                      )
                                        )
Norman A. Long                          )
2009 E. Imperial Dr.                    )
Naples, FL 34110                        )
                                        )
Joseph S. Longo Jr.                     )
914 Rembrant Dr.                        )
Laguna Beach, CA 92651                  )
                                        )
Frederick T. Loop                       )
425 Wickford Point Rd.                  )
North Kingstown, RI 02852               )
                                        )
Benjamin B. Lopez Jr.                   )
203 Saint Andrews Court                 )
McDonough, GA 30253                     )
                                        )
William A. Lottridge                     )
20866 Pinehurst Greens Drive            )
Estero, FL 33928                        )
                                        )
Gary T. Loughrey                        )
58 Western Ave.                         )
Glen Falls, NY 12804                    )
                                        )
David Love                              )
75 Port of Spain Rd.                    )
Coronado, CA 92118                      )
                                        )

Joseph G. LoVecchio                          )
2654 Woodview Drive                          )
Lancaster, PA 17601                          )
                                             )
David E. Loxtercamp                          )
646 Point Dr.                                )
Bumpass, VA 23024-4634                       )
                                             )
John W.W. Lucas                              )
667 Crossfield Circle                        )
Venice, FL 34293                             )
                                             )
John R. Ludlam                               )
5372 Kenisco Rd.                             )
Venice, FL 34293                             )
                                             )
John H. Lunn                                 )
P.O. Box 52114                               )
Knoxville, TN 37950                          )
                                             )
Arthur T. Lunney                             )
Long Branch Farm/Airport                     )
1064 Bluff Point Rd.                         )
Kilmarnock, VA 22482                         )
                                             )
Edward Lynch                                 )
P.O. Box 1632                                )
Salem, NH 03079                              )
                                             )
Dennis Lyons                                 )
167 Chaparral Dr.                            )
Denton, TX 76208                             )
                                             )
Richard A. Lytle                             )
216 East Springs Rd                          )
Columbia, SC 29223                           )
                                             )
Robert C. MacFarlane                         )
80 Browning Ave.                             )
Nashua, NH 03062-2449                        )
                                             )
Raymond J. Madden                            )
4271 S. Fletcher Ave.                        )
Fernandina Beach, FL 32034                   )
                                             )

M. D. "Guy" Maddox                    )
3813 Del Mar Ave.                     )
San Diego, CA 92106                   )
                                      )
Robert E. Maddox                      )
211 School Road East                  )
Marlboro, NJ 07746                    )
                                      )
Art Magill                            )
211 Wildwood Dunes Trail              )
Myrtle Beach, SC 29572                )
                                      )
Daniel Mahoney                        )
700 11th St.                          )
P.O. Box 511119                       )
Key Colony Beach, FL 33051            )
                                      )
Frank H. Malone                       )
4931 Rivoli Dr., Apt. F               )
Macon, GA 31204                       )
                                      )
Fred A. Manderioli                    )
15713 East Cactus Wren Ct.            )
Fountain Hills, AZ 85268              )
                                      )
Ronald D. Maness                      )
200 Pine Ridge Drive                  )
Whispering Pines, NC 28327            )
                                      )
Nils Mantzoros                        )
1354 Renovo Rd.                       )
Mill Hall, PA 17751                   )
                                      )
Roisin Marcy                          )
1438 Calistoga Ave.                   )
Napa, CA 94559-2436                   )
                                      )
Robert L. Marlow                      )
414 NW Knights Ave., #558             )
Lake City, FL 32055-7247              )
                                      )
Paul Moritz Marschalk                 )
100 Kelly Ridge Rd.                   )
Bristol, TN 37620                     )
                                      )

Estate of Howard Lee Marshall          )
15677 Iona Lakes Dr.                   )
Ft Myers, FL 33908-1882                )
                                       )
Joan Marshall                          )
15677 Iona Lakes Dr.                   )
Ft Myers, FL 33908-1882                )
                                       )
Mike N. Marshall                       )
200 Shady Lake Dr.                     )
Hurst, TX 76054                        )
                                       )
Larry Martin                           )
215 Joy Ct.                            )
Dixon, CA 95620                        )
                                       )
Robert L. Martin                       )
10 Maple Knoll Dr.                     )
Hollis, NH 03049-6179                  )
                                       )
Robert Marusa                          )
1566 Mary Lane                         )
Tarpon Springs, FL 34689               )
                                       )
Glenn A. Masella                       )
119 Fieldstone Estate Rd               )
York, ME 03909                         )
                                       )
Theodore W. Maselko                    )
877 Old Hickory Rd.                    )
Pittsburgh, PA 15243-1111              )
                                       )
Barry W. Massion                       )
161 Hopewell Rd                        )
Matlton, NJ 08053-9739                 )
                                       )
Jim Massolini                          )
10236 Hart Branch Circle               )
Orlando, FL 32832                      )
                                       )
Emmett S. Mast, Jr.                    )
5488 Signal House Ct.                  )
Burke, VA 22015                        )
                                       )

Sidney G. Matlock III                          )
18 Charnwood Road                              )
Richmond, VA 32339                             )
                                               )
David W. Matthews                              )
1422 E. Powell St.                             )
Springfield, MO 65804-6438                     )
                                               )
John D. Matthews                               )
2339 Clearcrest Ln.                            )
Fallbrook, CA 92028                            )
                                               )
Kevin Matthews                                 )
40364 Kelly Park Rd.                           )
Leetonia, OH 44431                             )
                                               )
James A. Maultsby                              )
P.O. Box 70                                    )
Cashiers, NC 28717                             )
                                               )
John E. Maynard                                )
1203 Marion Quimby Dr.                         )
Stevensville, MD 21666                         )
                                               )
Peter R. Mazzone                               )
99 Murphy Rd.                                  )
Peterborough, NH 03458                         )
                                               )
Joseph S. McCann                               )
1909 Hidden Point Rd.                          )
Annapolis, MD 21401-6001                       )
                                               )
Larry D. McCarroll                             )
4525 South Atlantic Ave., Apt. 1606            )
Ponce Inlet, FL 32127                          )
                                               )
John McCarthy                                  )
114 Kentmorr Rd.                               )
Stevensville, MD 21666                         )
                                               )
Mark D. McCarthy                               )
3866 Brigadoon Dr.                             )
Cincinnati, OH 45255                           )
                                               )

Carol McClure                          )
11230 Wellesley Terrace Ct.            )
Richmond, VA 23233-7701                )
                                       )
Estate of James P. McClure             )
11230 Wellesley Terrace Ct.            )
Richmond, VA 23233-7701                )
                                       )
Dewey H. McCravy Jr.                   )
3111 Glengold Dr.                      )
Dallas, TX 75234                       )
                                       )
Robert McCulla                         )
25A Smith Rd.                          )
Sanbornton, NH 03269-2815              )
                                       )
Richard L. McCullough                  )
5190 Harborage Drive                   )
Fort Meyers, FL 33908                  )
                                       )
Sharon McCutcheon                      )
19488 Charleston Circle                )
Ft. Myers, FL 33917-6160               )
                                       )
Samuel J. McDowell                     )
951 Sherwood Lane                      )
Statesville, NC 28677                  )
                                       )
Theodore M. McEwen                     )
721 N. 106th St.                       )
Mesa, AZ 85207                         )
                                       )
Patrick J. McGann                      )
2505 Anthem Village Dr.                )
Henderson, NV 89052                    )
                                       )
James G. McGarvie                      )
15407 El Capitan Real Ln.              )
El Cajon, CA 92021-2520                )
                                       )
William P. McGinnis                    )
3569 Hunting Run Rd.                   )
Medina, OH 44256                       )
                                       )

James E. McGlinchey                              )
27 Meredith Bay Drive                            )
Meredith, NH 03253-6331                          )
                                                 )
William E. McGregor                              )
23328 Water Cir.                                 )
Boca Raton, FL 33486-8543                        )
                                                 )
Estate of David B. McInturff                     )
5100 Sharon Rd 3005-S                            )
Charlotte, NC 22307-1227                         )
                                                 )
James W. McKee Jr.                               )
4026 Chestnut Bend                               )
Missouri City, TX 77459                          )
                                                 )
Donald C. McLane                                 )
38 Hawthorne Cir.                                )
Geneseo, NY 14454-1196                           )
                                                 )
Joseph F. McLaughlin                             )
5 Low Country Lane                               )
Savannah, GA 31411                               )
                                                 )
Robert G. McLaughlin                             )
1668 Valley Dr.                                  )
Venice, FL 34292-4319                            )
                                                 )
Wendell McLaughlin                               )
377 East Fairway Rd.                             )
Central City, PA 15926                           )
                                                 )
Keeling F. McLin                                 )
2713 Stone Edge St.                              )
San Antonio, TX 78232                            )
                                                 )
Jim P. McManamy                                  )
198 Opening Hill Rd.                             )
Madison, CT 06443                                )
                                                 )
Don C. Meckstroth                                )
2 Casey Way                                      )
Meredith, NH 03253                               )
                                                 )

James R. Medlock )
2132 W Legends Way )
Anthem, AZ 85086-1101 )
)
Dennis M. Mee )
36 Hampton Falls Rd. )
Exeter, NH 03833 )
)
Henry B. Meed )
616 Tower Bank Rd. )
Severna Park, MD 21146-3512 )
)
Thomas J. Melita )
579 Sagamore Ave. )
Tidewatch 32 )
Portsmouth, NH 03801 )
)
Albert J. Menzl )
Suite 10-142 )
1329 Highway 395 North )
Gardnerville, NV 89410 )
)
William Douglas Mercer )
9203 Bellechase Rd. )
Granbury, TX 76049-4427 )
)
Boyd K. Merrifield )
1931 Country Club Dr. )
Port Orange, FL 32128 )
)
Raymond P. Merritt )
210 Andrews Blvd. )
Plainfield, IN 46168-7671 )
)
Robert L. Merritt )
1770 Taylors Creek Dr. )
Asheboro, NC 27205 )
)
Ronald H. Metzger )
1306 Pioneer Trl. )
Hiawassee, GA 30546-1999 )
)
Frances Meyer )
409 Amherst Avenue )
Moon Township, PA 15108-2601 )

Lee E. Mifflin, Sr.                    )
940 Winding Creek Dr.                  )
Eagle, ID 83616-7231                   )
                                       )
Thomas H. Migel                        )
956 Grande Haven Drive                 )
Titusvile, FL 32780                    )
                                       )
Henry G. Miller                        )
4002 Mt Terminus Dr.                   )
San Diego, CA 92111                    )
                                       )
Melvin Miller                          )
5154 Bronwyn Ct.                       )
Gibsonia, PA 15044-8477                )
                                       )
Doris Milligan                         )
2806 Corte Esmeralda                   )
San Clemente, CA 92673-5662            )
                                       )
Estate of Gene Milligan                )
2806 Corte Esmeralda                   )
San Clemente, CA 92673-5662            )
                                       )
James J. Milne                         )
303 Country Club Dr.                   )
Crestview, FL 32536                    )
                                       )
Floyd Miner                            )
16520 S. Tamiami Trl; Apt. 18          )
Ft. Myers, FL 33908-4521               )
                                       )
William A. Mio                         )
595 Franklin Rd.                       )
Freedom, PA 15042                      )
                                       )
Bruce Mittendorf                       )
290 Porters Glen                       )
New London, NC 28127                   )
                                       )
Harold L. Mize                         )
2560 Goins Ln.                         )
York, SC 29745                         )
                                       )

Richard Mlynarek                          )
2730 Meadowpoint Dr.                      )
Troy, OH 45373-5400                       )
                                          )
Paal N. Moen                              )
6170 Blackburn Court                      )
League City, TX 77573                     )
                                          )
Errol R. Moffatt                          )
6414 Karlen Rd.                           )
Rome, NY 13440-7452                       )
                                          )
Robert W. Moffatt                         )
140 Pantano Cay Blvd., Apt. 1304          )
St. Augustine, FL 32080                   )
                                          )
Gary N. Molloy                            )
477 Slatton Dr.                           )
McMinnville, TN 37110                     )
                                          )
Alvahn Mondell                            )
625 Highland Ave.                         )
Salem, OH 44460-1805                      )
                                          )
Lanny Jacob Money                         )
12520 fM 455 E                            )
Pilot Point, TX 76258-2940               )
                                          )
George Mongold Jr.                        )
71 Union Street North                     )
Concord, NC 28025                         )
                                          )
John L. Monroe                            )
98 Collenton Dr.                          )
Rochester, NY 14626                       )
                                          )
Dennis M. Montgomery                      )
604 Fleming Rd.                           )
Sarver, PA 16055                          )
                                          )
C. Alan Mooney                            )
3505 Mandy Ln                             )
Morehead City, NC 28557-3062             )
                                          )

Robert A. Moore                          )
1606 Marker Road                         )
Middletown, MD 21769                     )
                                         )
Owen Moore Jr.                           )
P.O. Box 1206                            )
Talbott, TN 37877                        )
                                         )
Terry Len Morgan                         )
474 Harrison Dr. NW                      )
Concord, NC 28027                        )
                                         )
John H. Morrell                          )
104 Palo De Oro Dr.                      )
Islamorada, FL 33036                     )
                                         )
Charlie Russell Morris, Jr.              )
108 Live Oak Lane                        )
Wilmington, NC 28411                     )
                                         )
Richard P. Morrison                      )
P.O. Box 1119                            )
Old Forge, NY 13420-1119                 )
                                         )
George J. Motto                          )
17212 Spates Hill Rd.                    )
Poolesville, MD 20837-2163               )
                                         )
Michael R Moundalexis                    )
112 Giddings Ave.                        )
Severna Park, MD 21146                   )
                                         )
Jack Mozian                              )
106 Norma Road                           )
Harrington Park, NJ 07640-1730           )
                                         )
Robert O. Mueller                        )
320 Loudon St. SW                        )
Leesburg, VA 20175                       )
                                         )
Sean S. Mulligan                         )
203 Mizzen Mast Lane                     )
Kitty Hawk, NC 27949                     )
                                         )

Lou A. Mulsand                          )
P.O. Box 30358                          )
Knoxville, TN 37930                     )
                                        )
John H. Mulvey                          )
8 Bridle Path                           )
Southampton, NJ 08088-2815              )
                                        )
William Mumford                         )
P.O. Box 5621                           )
Bradenton, FL 34281-5621                )
                                        )
Gerald L. Munn                          )
1320 68th St. West                      )
Bradenton, FL 34209                     )
                                        )
Wade L. Murphree                        )
79 Red Fox Trail                        )
Rock Spring, GA 30739-2659              )
                                        )
John J. Murphy                          )
P.O. Box 257                            )
Scituate, MA 02066                      )
                                        )
Ronald A. Murphy                        )
2075 Mooringline Dr.                    )
Vero Beach, FL 32963-3054               )
                                        )
Dennis G. Musselman                     )
1071 Thornridge Circle                  )
Argyle, TX 76226                        )
                                        )
Roy L. Musselman                        )
1323 SE 17th St., PMB 535               )
Ft. Lauderdale, FL 33316-1707           )
                                        )
Michael Mychalishyn                     )
1512 Venetian Way                       )
Waxhaw, NC 28173                        )
                                        )
Martin M. Mylet                         )
30 Airport Rd.                          )
Hazelton, PA 18202-8055                 )
                                        )

John Nagy                                      )
5303 Avenal Dr.                                )
Lutz, FL 33558                                 )
                                               )
Henry P. Nash                                  )
4211 Artillery Ridge Rd.                       )
Fredericksburg, VA 22408-2524                  )
                                               )
James R. Nash                                  )
2220 Ft. Stockton Dr.                          )
San Diego, CA 92103                            )
                                               )
Karney R. Nazarian                             )
46 Normandin Dr.                               )
Sanborton, NH 03269                            )
                                               )
George Neely                                   )
8334 East Gum Rd.                              )
Murfreesboro, TN 37127                         )
                                               )
Rodney D. Neibauer                             )
1523 SE Prestwick Ln                           )
Port St. Lucie, FL 34952-6028                  )
                                               )
John P. Nelson                                 )
18227 NE 146th Way                             )
Woodinville, WA 98072                          )
                                               )
Louis R. Nelson                                )
701 Spanish Main Dr., Unit 48                  )
Summerland Key, FL 33042-4333                  )
                                               )
Richard E. Nelson                              )
5072 West Lake Rd.                             )
Auburn, NY 13021                               )
                                               )
Roger A. Newman                                )
4002 Bending Ln                                )
Greenwood, IN 46143-9452                       )
                                               )
James L. Newport                               )
114 Riverbluff Rd.                             )
Littleton, NC 27850                            )
                                               )

M. Stephen Nicholas                          )
522 Bosun Court                              )
Rockledge, FL 03295                          )
                                             )
William D. Nickell                           )
2322 Clearspring Dr.                         )
Irving, TX 75063                             )
                                             )
Larry Niebanck                               )
8353 SE Palm Hammock Lane                    )
Hobe Sound, FL 33455                         )
                                             )
Donald V. Nippert                            )
4616 Chalet Dr.                              )
Cincinnati, OH 45217-1402                    )
                                             )
Joseph H. Noble                              )
8700 Ridgewood Ave. Apt. B305                )
Cape Canaveral, FL 32920                     )
                                             )
William R. Nolen                             )
P.O. Box 210039                              )
Dallas, TX 75211-0039                        )
                                             )
John R. North                                )
502 Hastings Drive                           )
Peachtree City, GA 30269                     )
                                             )
Kenneth J. Oaks                              )
213 Woodview Drive                           )
Beaver, PA 15009                             )
                                             )
Thomas P. O'Connell                          )
222 Ridge Rd.                                )
Wales, ME 04280-3274                         )
                                             )
Charles P. O'Connor                          )
3181 Hebron Ave.                             )
Glastonbury, CT 06033                        )
                                             )
John O'Donnell                               )
776 Preserve Terrace                         )
Heathrow, FL 32746-5201                      )
                                             )

John F. O'Donoghue                              )
193 Mary's Pond Road                            )
Rochester, MA 02770                             )
                                                )
William J. Oehlbeck, Jr.                        )
37 Airport Rd.                                  )
Mercer, PA 16137                                )
                                                )
William C. O'Hara                               )
2205 Canary Island Cove                         )
Naples, FL 34119-3347                           )
                                                )
Richard H. O'Harren                             )
P.O. Box 1887                                   )
Lehigh Acres, FL 33970                          )
                                                )
Carol A. O'Howell                               )
506 West Borough Lane                           )
Safety Harbor, FL 34695                         )
                                                )
Timothy O'Keefe                                 )
808 Birchfield Ct.                              )
Wexford, PA 15090                               )
                                                )
Peter S. Olsson                                 )
79 Haverhill Way                                )
San Antonio, TX 78209                           )
                                                )
Jane Olszewski                                  )
300 Commercial St., Apt. 507                    )
Boston, MA 02109-1158                           )
                                                )
Matanya Ophee                                   )
1240 Clubview Blvd. North                       )
Columbus, OH 43235-1226                         )
                                                )
David Ordorica                                  )
31 Newbury Rd.                                  )
Ipswich, MA 01938                               )
                                                )
Andrew S. Orochena                              )
126 Barrett Dr.                                 )
Beaver, PA 15009                                )
                                                )

Robert M. Orr                          )
4035 Doveville Lane                    )
Fairfax, VA 22032                      )
                                       )
Richard T. Osborne                     )
20415 Havenview Drive                  )
Cornelius, NC 28031                    )
                                       )
Mark A. Overby                         )
1573 Spring Run Road Ext.              )
Coraopolis, PA 15108                   )
                                       )
Richard L. Owen                        )
3253 N 125th Ave.                      )
Omaha, NE 68164                        )
                                       )
Erin Pafford, Jr.                      )
3219 Post Woods Drive NW #F            )
Atlanta, GA 30339                      )
                                       )
Gary W. Paglia                         )
88 Vance Rd.                           )
New Wilmington, PA 16142               )
                                       )
Barry G. Palmer                        )
1752 Dudley Amos Rd.                   )
Moneta, VA 24121-4946                  )
                                       )
William M. Palmer, Jr.                 )
5409 Fantail Dr.                       )
Sykesville, MD 21784                   )
                                       )
Donald R. Parchman                     )
5128 Harold Lane                       )
Huntersville, NC 28078                 )
                                       )
Tom Newton Park, Jr.                   )
12627 Wild Lilac Ct.                   )
Huntersville, NC 28078                 )
                                       )
Stanley B. Parker, Jr.                 )
702 Partridge Lake Rd.                 )
Littleton NH 03561-3211                )
                                       )

Frank L. Parks Jr.                              )
9028 Rivercrescent Dr.                          )
Suffolk, VA 23433                               )
                                                )
Donald Parrill                                  )
11364 Shipley Rd.                               )
Johnstown, OH 43031-9423                        )
                                                )
Carolyn Parsons                                 )
6068 Delmar Rd.                                 )
Delmar, DE 19940-3149                           )
                                                )
Lee E. Parsons                                  )
5043 Kensington Rd. NE                          )
Carrollton, OH 44615-9744                       )
                                                )
Gary L. Pates                                   )
7150 B Calabria Ct.                             )
San Diego, CA 92122                             )
                                                )
Stanley A. Patrie                               )
268 Red Maple Dr.                               )
Flat Rock, NC 28731                             )
                                                )
Eric C. Paul                                    )
1037 Mockingbird Dr.                            )
Grapevine, TX 76051                             )
                                                )
Sophia Payton                                   )
1621 Gulf Blvd., Apt 1501                       )
Clearwater, FL 33767-2966                       )
                                                )
Harry T. Pearce                                 )
12752 Crestwood Circle                          )
Garden Grove, CA 92841-5250                     )
                                                )
Carl E. Pearson                                 )
P.O. Box 357                                    )
Bridgeport, WV 26330                            )
                                                )
Jerry W. Pearson                                )
2302 Salem Dr.                                  )
Pittsburgh, PA 15237-1559                       )
                                                )

Richard A. Pearson                    )
3 Porter Ln                           )
West Dennis, MA 02670-2318            )
                                      )
Estate of Richard Pedersen            )
P.O. Box 1341                         )
Keaau, HI 96749-1341                  )
                                      )
George E. Pence                       )
10045 Wind Hill Drive                 )
Greenville, IN 47124                  )
                                      )
Irwin Pentland                        )
2430 SW Island Creek Trail            )
Palm City, FL 34990                   )
                                      )
Sharon Perkowski                      )
6438 Merlin Dr.                       )
Carlsbad, CA 92011                    )
                                      )
Estate of Frank Petee, Jr.            )
RD #2 Box 25A                         )
Martinsburg, PA 16662-9106            )
                                      )
Estate of Darvin W. Petersen          )
9 Elmwood Rd.                         )
Pownal, ME 04069-6307                 )
                                      )
Constance "Connie" Petrie             )
651 Grove St.                         )
Sewickley, PA 15143-1234              )
                                      )
Leon A. Petrulio                      )
55-A Nason Rd.                        )
Hampton Falls, NH 03844-2405          )
                                      )
Adele M. Pfenniger                    )
63 Augusta Drive                      )
Annandale, NJ 08801                   )
                                      )
Richard G. Pfenniger                  )
63 Augusta Drive                      )
Annandale, NJ 08801                   )
                                      )

Aleta M. Pharris                    )
P.O. Box 2533                       )
Ramona, CA 92065                    )
                                    )
Donald Sperling Phifer              )
19008 Kaulia Circle                 )
Tega Cay, SC 02970                  )
                                    )
William J. Philler                  )
1387 Old Plantation Rd.             )
Goodview, VA 24095-2518             )
                                    )
James M. Piavis                     )
168 Coolbrook Rd.                   )
Union Grove, NC 28689               )
                                    )
Calvin W. Pierce                    )
316 Jefferson Heights Ave.          )
Jefferson, LA 70121-3224            )
                                    )
Stephen A. Pierce                   )
3909 SE Quanset Terrace             )
Stuart, FL 34997-5472               )
                                    )
Richard Pietraszko                  )
8233 Franklin Dr.                   )
Lorton, VA 22079-1124               )
                                    )
William S. Piper                    )
3151 N.W. 8th Terrace               )
Jennings, FL 32053                  )
                                    )
Louis D. Pisane                     )
34 Stonehedge Rd.                   )
Millington, NJ 07946-1622           )
                                    )
William J. Pitts                    )
2 Ivy Crest Lane                    )
Landenberg, PA 19350                )
                                    )
Russell J. Platt Jr.                )
810 Silver Fox Drive                )
Concord, NC 28025                   )
                                    )

James J. Popa                          )
523 McCaughtry Run Rd.                 )
Darlington, PA 16115-2027              )
                                       )
Terry L. Potter                        )
242 Elysian Dr.                        )
Mooresville, NC 28117                  )
                                       )
John D. Powell                         )
7904 Hampton Ct.                       )
University Park, FL 34201              )
                                       )
Ray E. Powell Jr.                      )
3986 Orange Wood Way                   )
Uniontown, OH 44685                    )
                                       )
Karl Pretsch                           )
PO Box 44                              )
Casanova, VA 20139                     )
                                       )
Warren Price                           )
P.O. Box 1177                          )
226 Greenland Circle East              )
Dennis, MA 02641                       )
                                       )
Bernard C. Primosch                    )
920 Lido Circle E.                     )
Niceville, FL 32578                    )
                                       )
Ronald L. Prince                       )
1203 Stone Trail St.                   )
Longview, TX 75604-3533                )
                                       )
Robert E. Prinz                        )
5360 SW 82nd Ave.                      )
Miami, FL 33155                        )
                                       )
Valentine L. Prose                     )
23053 West Chester Blvd                )
South Port Square, Apt. L308           )
Port Charlotte, FL 33980               )
                                       )
William C. Puckett                     )
13605 Aden Road                        )
Nokesville, VA 20181                   )

George Purcell                          )
P.O. Box 564                            )
Keller, TX 76244                        )
                                        )
Estate of William L. Pursifull          )
224 Lankford Lane                       )
Gallatin, TN 37066                      )
                                        )
David V. Purvis                         )
P.O. Box 641                            )
Mars, PA 16046-0641                     )
                                        )
James Putek                             )
650 Boxwood Terrace                     )
Alpharetta, GA 30005                    )
                                        )
Constance R. Quick                      )
5030 Oatlands Lane                      )
Warrenton, VA 20187                     )
                                        )
Estate of Thomas Rabourn                )
908 S Amity Ln.                         )
Eagar, AZ 85925-8603                    )
                                        )
John J. Rahll                           )
671 Lakeside Cir., Apt. 904             )
Pompano Beach, FL 33060-3718            )
                                        )
Carlyle Rampersad                       )
6603 34th Ave. NW                       )
Seattle, WA 98117                       )
                                        )
Peter Ransom                            )
300 West Main Road                      )
Little Compton, RI 02837                )
                                        )
Paul E. Redmond                         )
12274 ITNYRE Rd.                        )
Smithsburg, MD 21783-1539               )
                                        )
Stephen E. Reeves                       )
2882 Pheasant Dr.                       )
Palm Harbor, FL 34683                   )
                                        )

James C. Reid                           )
1592 Banbury Lane                       )
Hernando, MS 38632                      )
                                        )
Nevin Remaley                           )
1275 Forest St.                         )
Lehighton, PA 18235-8952                )
                                        )
John G. Renfro                          )
19326 Mary Ardrey Cir.                  )
Cornelius, NC 28031                     )
                                        )
David L. Reno                           )
P.O. Box 400                            )
Bostic, NC 28018                        )
                                        )
Larry Resh                              )
489 Golden Bear, Unit 4                 )
Pawleys Island, SC 29585-8965           )
                                        )
Theodore C. Restel                      )
2675 Lakeridge Court                    )
Nebo, NC 28761                          )
                                        )
Donald G. Reubert                       )
2289 SW Waterview Pl.                   )
Palm City, FL 34990-7724                )
                                        )
Kenneth Rhoton                          )
5424 Hwy 294                            )
Murphy, NC 28906-7228                   )
                                        )
Don J. Rhynalds                         )
5350 Savannah Ranch Rd.                 )
Bealeton, VA 22712-7234                 )
                                        )
William M. Richards                     )
P.O. Box 1208                           )
Bandera, TX 78003-1208                  )
                                        )
Dennis R. Riday                         )
207 N. Maple St.                        )
Bowling Green, OH 43402-2212            )
                                        )

Steven Rieland                          )
1515 Sunnybrook Dr.                     )
Minnetrista, MN 55364                   )
                                        )
Karl W. Rieth                           )
337 Hemsley Dr.                         )
Queenstown, MD 21658-1621               )
                                        )
Neil J. Rinearson                       )
6375 Cavalier Corridor                  )
Falls Church, VA 22044                  )
                                        )
Roger Riolo                             )
1036 NW Harmon Blvd.                    )
Bend, OR 97701                          )
                                        )
John P. Riordan                         )
75 Pinehurst Drive                      )
Boxford, MA 01921                       )
                                        )
James H. Ripka                          )
205 Windward Cove Ct.                   )
Grasonville, MD 21638                   )
                                        )
Bruce Baxter Robbins                    )
305 Lake Walk Drive                     )
Reidsville, NC 27320                    )
                                        )
Stephen A. Robbins                      )
17 Mayfair St.                          )
South Burlington, VT 05403-6613         )
                                        )
Jack R. Robinson                        )
3010 Whitson Rd.                        )
Gastonia, NC 28054-4935                 )
                                        )
Norbert G. Robson                       )
6310 Asphodel Court                     )
Granbury, TX 76049                      )
                                        )
Michael F. Roche                        )
6684 Edmonton Ave.                      )
San Diego, CA 92122                     )
                                        )

Raymond R. Rodgers                  )
3213 W. Main Square                 )
Rapid City, SD 57702-2314           )
                                    )
David R. Rogers                     )
8201 SW 28th St.                    )
David, FL 33328                     )
                                    )
Henry T. Rogers                     )
3780 Waterford Dr.                  )
Myrtle Beach, SC 29577              )
                                    )
Roderique R. Rohas                  )
5910 Moss Creek Rd.                 )
Midlothian, VA 23112                )
                                    )
Stephen Rohl                        )
4324 Rhodes End Rd.                 )
Bainbridge Island, WA 98110         )
                                    )
Edwin J. Roman                      )
7612 Orangetree Lane                )
Orlando, FL 32819                   )
                                    )
Carmen J. Romeo                     )
201 Wilson Ave                      )
Beaver, PA 15009                    )
                                    )
Lawrence G. Romjue                  )
314 Teal Ct.                        )
Chester, MD 21619-2275              )
                                    )
Estate of Donald B. Romlein         )
5608 SW 11th Ave                    )
Cape Coral, FL 33914                )
                                    )
Estate of Edward P. Rooney          )
8 Summer Tree                       )
Pittsford, NY 14534-4420            )
                                    )
Mollie L. Rorah                     )
5353 Westknoll Dr.                  )
San Diego, CA 92109                 )
                                    )

Donald L. Rosborough          )
906 Wedgewood Dr.             )
Crystal Lake, IL 60014        )
                              )
John G. Ross                  )
5740 Pelican Pointe Dr., #2   )
Sebastian, FL 32958           )
                              )
Richard W. Ross               )
18160 Cottonwood Rd., #792    )
Sunriver, OR 97707            )
                              )
Lou L. Roth                   )
57 Glasgow Dr.                )
Pinehurst, NC 28374-8889      )
                              )
Barry E. Rotwitt              )
3771 Clara Ct.                )
Napa, CA 94558                )
                              )
Estate of Robert A. Rumbaugh  )
42 Phillips Lane              )
McKees Rocks, PA 15136-1074   )
                              )
Michael J. Rush               )
P.O. Box 1034                 )
Nashua, NH 03061              )
                              )
Steven K. Russ                )
2150 Kelsey Creek Ct.         )
Henderson, NV 89044           )
                              )
Harold Robert Russell         )
1338 Meadow Green Ct.         )
Duncanville, TX 75137         )
                              )
Richard J. Russell            )
14181 Rawhide Pkwy            )
Farmers Branch, TX 75234      )
                              )
Matthew J. Rutkowski          )
1914 Chard Road               )
Cazenovia, NY 13035           )
                              )

Michael E. Rutty                          )
4540 8th Ave NE, #1401                    )
Seattle, WA 98105-1700                    )
                                          )
Jerome J. Ryan                            )
15 Emerald St.                            )
Gloucester, MA 01930-1166                 )
                                          )
Peter G. Sachs                            )
4370 Hidden River Rd.                     )
Sarasota, FL 34240-8637                   )
                                          )
Michael Saint                             )
516 Santa Margarita Dr.                   )
Aptos, CA 95003                           )
                                          )
Donald L. Sammons                         )
120 Sierra Dr.                            )
Barboursville, WV 25504                   )
                                          )
James Norman Sanders                      )
760 Cassia Place                          )
Chula Vista, CA 91910                     )
                                          )
Walter C. Sarver Jr.                      )
P.O. Box 182                              )
Grove City, PA 16127-0182                 )
                                          )
Kenneth Sass                              )
4726 Wyndfield Lane                       )
Charlotte, NC 28270                       )
                                          )
C. Vincent Sbardella                      )
1283 Plantation Pl.                       )
Daytona, FL 32119-1568                    )
                                          )
Neal T. Schaefer                          )
490 Beech Lane                            )
Buchanan, TN 38222                        )
                                          )
John H. Schierle                          )
213 Silver Cliff Dr.                      )
Mount Holly, NC 28120                     )
                                          )

Ronald K. Schilling          )
2656 Timberglen Dr.          )
Wexford, PA 15090            )
                             )
Gerhard G. Schmid            )
409 Quay Assisi              )
New Smyrna Beach, FL 32169   )
                             )
Frank M Schmitt              )
2204 Abraham Hollow Road     )
Youngsville, PA 16371-2030   )
                             )
Joseph A. Schoonover         )
3878 Woodlake Drive, SW      )
Bonita Springs, FL 34134     )
                             )
F. Theodore Schott           )
921 Northeast Drive, Unit 25 )
Davidson, NC 28036           )
                             )
Charles S. Schulz            )
1013 Palmyra Dr.             )
Tega Cay, SC 29708           )
                             )
Paul R. Scoskie              )
1000 Donovan Ct.             )
Goshen, KY 40026             )
                             )
Richard Scott                )
P.O. Box 1769                )
Edwards, CO 81632            )
                             )
Terry Scott                  )
21 Nicole Dr.                )
New Cumberland, WV 26047     )
                             )
Roger J. Seaman              )
54 Alpine Trail              )
Sparta, NJ 07871-1509        )
                             )
Richard A. Sears             )
9779 Unionville Road         )
Easton, MD 21601             )
                             )

Gregory F. Seashore                  )
P.O. Box 957                         )
106 William Bartram Dr.              )
Easton, MD 21601-0957               )
                                     )
Richard Segar                        )
115 Spa Dr.                          )
Annapolis, MD 21403-1112            )
                                     )
John F. Semenko                      )
207 Saddle Court                     )
Freedom, PA 15042                    )
                                     )
Gary A. Senestraro                   )
2910 Selwyn Ave., Apt. 309           )
Charlotte, NC 28209                  )
                                     )
James E. Shardy                      )
4624 Skyline Dr.                     )
Flower Mound, TX 75028-3921          )
                                     )
James E. Sharkey                     )
649 Goodrum Road                     )
Davidson, NC 28036                   )
                                     )
Eugene H. Shaw                       )
3856 Eagle Glen Rd.                  )
High Point, NC 27265                 )
                                     )
Russell J. Shaw                      )
384 Pondersosa Cir.                  )
Mooresville, NC 28117                )
                                     )
Susan E. Shaw                        )
210 Sheckells Road                   )
Huntington, MD 20639-9646            )
                                     )
Jerome B. Sheetz                     )
530 Sunnydale Way                    )
Henderson, NC 28792                  )
                                     )
John Shelton                         )
4830 Windmill Palm Terr. NE          )
St. Petersburg, FL 33703             )
                                     )

Roy J. Shelton                          )
3470 16th St.                           )
Boulder, CO 80304                       )
                                        )
Richard J. Sherman                      )
7 Center St.                            )
Plymouth, NH 03264                      )
                                        )
Robert Sherman                          )
1341 Dexter Pl.                         )
Escondido, CA 92029                     )
                                        )
Barney L. Sherril                       )
4417 Quail View Rd                      )
Charlotte, NC 28226-7995                )
                                        )
Ross A. Shivers                         )
8920 Black Hawk Ln.                     )
Indianapolis, IN 46234-1430             )
                                        )
Jules R. Shockley Jr.                   )
8904 S.E. Pelican Island Way            )
Hobe Sound, FL 33455                    )
                                        )
H. Keith Shuler                         )
5809 Carolyn Dr.                        )
Fort Worth, TX 76180                    )
                                        )
George H. Siegel                        )
30 Schoffers Rd.                        )
Reading, PA 19606                       )
                                        )
Thomas Allen Sierer                     )
280 Lane 490A                           )
Fremont, IN 46737                       )
                                        )
Stanley Robert Silverton                )
85 Viscount Rd                          )
Longmeadow, MA 01106                    )
                                        )
Anthony N. Silvestri                    )
P.O. Box 36                             )
Townsend, MT 59644-0036                 )
                                        )

John F. Silvio                                    )
7304 Carducci Ct.                                 )
Naples, FL 34114                                  )
                                                  )
Craig Simmons                                     )
5944 Killarney Cir.                               )
San Jose, CA 95138                                )
                                                  )
Phillip R. Skeen                                  )
P.O. Box 339                                      )
Lenoir City, TN 37771                             )
                                                  )
Jeffrey B. Skiles                                 )
855 Foxfield Rd.                                  )
Oregon, WI 53575                                  )
                                                  )
Edward J. Slattery                                )
456 Gardenia Street                               )
Belle Air, FL 33756                               )
                                                  )
Jeris D. Slayback                                 )
7029 East Rivercrest Rd.                          )
Tucson, AZ 85750                                  )
                                                  )
George M. Sledge Sr.                              )
9304 Loochmeade Lane                              )
Matthews, NC 28105                                )
                                                  )
David D. Smith                                    )
1218 Grand River Dr.                              )
Sacramento, CA 95831                              )
                                                  )
Earl R. Smith                                     )
P.O. Box 87343                                    )
San Diego, CA 92138                               )
                                                  )
James T. Smith                                    )
206 Ponce De Leon St.                             )
Royal Palm Beach, FL 33411-1106                   )
                                                  )
Randy Smith                                       )
100 Citation Circle                               )
Durham, NC 27704                                  )
                                                  )

Richard E. Smith )
16430 Oakview Cir. )
Alva, FL 33920 )
)
Richard N. Smith )
234 Willow Brook Lane )
Wilkesboro, NC 28697 )
)
Steve N. Smitherman )
910 North County Road #23 )
Berthoud, CO 80513 )
)
Carol Snider )
2400 Teal Place )
Grandbury, TX 76048 )
)
Lawrence A. Snider )
94 Lucerne Ave. #6 )
Laconia, NH 03246 )
)
Robert H. Snow )
312 Sewickley Ridge Dr. )
Sewickley, PA 15143-8902 )
)
Estate of Louis H. Snyder )
1033 Camino Del Desierto )
Green Valley, AZ 85614-4758 )
)
James B. Sockwell Jr. )
9941 SW 70th Ave. )
Miami, FL 33156 )
)
Michael J. Solensky )
185 Treasure Lake )
DuBois, PA 15801-9004 )
)
Thomas F. Somerville )
14 Marscot Way )
Plymouth, MA 02360-4720 )
)
Heinz Sonnenfeld )
P.O. Box 69 )
Cassadaga, FL 32706 )
)

William Sorbie Jr.                              )
1844 Juarez Way S.                             )
St. Petersburg, FL 33712-4442                  )
                                               )
Gerard R. Sorlucco                             )
P.O. Box 482                                   )
Littleton, NH 03561-0482                       )
                                               )
M. P. Soutullo                                 )
508 Canvasback Rd.                             )
Mooresville, NC 28117                          )
                                               )
John M. Spainhour                              )
8309 Merrimack Ct.                             )
Charlotte, NC 28210                            )
                                               )
John L. Spatharos                              )
28 Ash St.                                     )
Windham, NH 03087                              )
                                               )
James H. Speight                               )
17104 Earthwind Dr.                            )
Dallas, TX 75248                               )
                                               )
Edward P. Stafford                             )
P.O. Box 448                                   )
Old Forge, NY 13420-0448                       )
                                               )
George E. Staley                               )
165 Venice Palms Blvd.                         )
Venice, FL 34292-2447                          )
                                               )
Nickie Jon Stanger                             )
3540 Prince St.                                )
Escondido, CA 92025                            )
                                               )
Thomas D. Stanges                              )
P.O. Box 402                                   )
Summerland Key, FL 33042                       )
                                               )
Douglas A. Stansbury                           )
5367 Crooked Oak Circle                        )
St. Cloud, FL 34771                            )
                                               )

Walter Stark⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
P.O. Box 19550⠀⠀⠀⠀⠀⠀⠀⠀)
Reno, NV 89511⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Robert R. Starr⠀⠀⠀⠀⠀⠀⠀⠀⠀)
601 Tivoli Drive⠀⠀⠀⠀⠀⠀⠀⠀)
Gibsonia, PA 15044⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Yaroslaw A. Stawnychy⠀⠀⠀)
4 Downe Circle⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Medford, NJ 08055⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Anne Stefanik⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
2413 Appaloosa Circle⠀⠀⠀⠀)
Sarasota, FL 34240-8575⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Joseph A. Stein⠀⠀⠀⠀⠀⠀⠀⠀⠀)
6103 Bluffdale Ct.⠀⠀⠀⠀⠀⠀⠀⠀)
Clifton, VA 20124⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Estate of Morey J. Stein⠀⠀⠀)
C/O Robert Stein⠀⠀⠀⠀⠀⠀⠀⠀)
11703 Cedardale Rd.⠀⠀⠀⠀⠀⠀)
Anchorage, KY 40223⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Peter Stein⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
455 Maple Ln.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Edgeworth, PA 5143⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Floyd G. Stephens⠀⠀⠀⠀⠀⠀⠀)
603-43 S. Raccoon Rd.⠀⠀⠀⠀)
Austintown, OH 44514-3562⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
David B. Stevens⠀⠀⠀⠀⠀⠀⠀⠀)
4921 Coronado Dr.⠀⠀⠀⠀⠀⠀⠀)
Wilmington, NC 28409⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Linwood P. Stevenson⠀⠀⠀⠀⠀)
1815 Royal Harbor Drive⠀⠀⠀)
Knoxville, TN 37922⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Richard C. Stevenson⠀⠀⠀⠀⠀)
188 Hidden Valley Lane⠀⠀⠀⠀)
Roseburg, OR 97470-8254⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)

Dennis H. Stoops⠀⠀⠀⠀⠀⠀⠀⠀)
940 North Rd⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Jamestown, RI 02835-1733⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Charles W. Streu⠀⠀⠀⠀⠀⠀⠀⠀)
1470 W. Island Cir.⠀⠀⠀⠀⠀⠀⠀)
Chandler, AZ 85248⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Joyce E. Stripp⠀⠀⠀⠀⠀⠀⠀⠀⠀)
1331 Barron Church Rd.⠀⠀⠀⠀)
Rockwood, PA 15557⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Eugene L. Stropes⠀⠀⠀⠀⠀⠀⠀)
951 Bayside Bluff Road⠀⠀⠀⠀)
Jacksonville, FL 32259⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Paul S. Sturpe⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
8860 Peninsula Dr.⠀⠀⠀⠀⠀⠀⠀)
Terrell, NC 28682⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Lucille Sugar⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
P.O. Box 1205⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Center Harbor, NH 03226-1205⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Chesley Sullenberger⠀⠀⠀⠀⠀⠀)
20 Greenridge Place⠀⠀⠀⠀⠀⠀⠀)
Danville, CA 94506⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Estate of David Sundel⠀⠀⠀⠀⠀)
8952 Lakeview Dr.⠀⠀⠀⠀⠀⠀⠀⠀)
Rome, NY 13440-7326⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Gary W. Swanson⠀⠀⠀⠀⠀⠀⠀⠀)
20512 Pointe Regatta Dr.⠀⠀⠀⠀)
Cornelius, NC 28031⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Joan Sweigart⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
96 Village Dr.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Fairmont, WV 26554⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Cloyd S. Sweigert⠀⠀⠀⠀⠀⠀⠀⠀)
5630 SW Riverside Lane, #17⠀⠀)
Portland, OR 97239-5955⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)

Wayne Leon Swiger                    )
P.O. Box 72                          )
McHenry MD 21541-0072                )
                                     )
James A. Synott                      )
179 Arbor Lane                       )
Colchester, VT 05446                 )
                                     )
Stephen L. Szabolscky                )
6221 Hardins Pines Rd.               )
Remington, VA 22734-2336             )
                                     )
Robert L. Szot                       )
7355 SW 27th Ct.                )
Davie, FL 33314                      )
                                     )
Walter J. Szwarc                     )
323 Foggy Cut Lane                   )
Landrum, SC 29356                    )
                                     )
Edward H. Tabler                     )
3306 North Hill Court                )
Middletown, MD 212769                )
                                     )
Clarence L. Taylor                   )
P.O. Box 160                         )
Longhorne, PA 19047-0160             )
                                     )
Harry J. Taylor                      )
450 Country Rd. 579                  )
Milford, NJ 08848-2130               )
                                     )
John M. Taylor III                   )
1669 Mill Rd                         )
East Earl, PA 17519                  )
                                     )
Lee Taylor                           )
1555 N. AIA, Apt. 305                )
Indialantic, FL 32903                )
                                     )
Michael D. Taylor                    )
9712 Lea Shore Court                 )
Fort Worth, TX 76179                 )
                                     )

Ross H. Taylor Jr.                      )
5401 Meadow Lake                        )
Parkville, MO 64152                     )
                                        )
Lewis J. Tetlow III                     )
16 Steppingstone Rd.                    )
Bedford, NH 03110                       )
                                        )
Glenn I. Thomas                         )
1 Franklin Town Blvd., Apt. 416         )
Philadelphia, PA 19103                  )
                                        )
Ray T. Thomas                           )
2537 Evergreen Avenue                   )
Titusville, FL 32796                    )
                                        )
Bruce Thompson                          )
4615 Newark Rd.                         )
Cochranville, PA 19330                  )
                                        )
Harvey M. Thompson                      )
635 Fountainhead Way                    )
Naples, FL 34103-2736                   )
                                        )
John R. Thompson                        )
900 Belinda Dr.                         )
Keller, TX 76248                        )
                                        )
Bruce N. Thorburn                       )
3131 Willoughby Rd.                     )
Mason, MI 48854                         )
                                        )
Charles Douglas Tice                    )
3979 Goodview Town Rd.                  )
Moneta, VA 24121                        )
                                        )
Timothy Tilton                          )
6814 N 24th St.                         )
Tacoma, WA 98406                        )
                                        )
Berton J. Todd                          )
427 9th Ave., Unit 1302                 )
San Diego, CA 92101-7365                )
                                        )

Joseph P. Tooman                    )
17940 Marks Rd                      )
Columbia Station, OH 44028-9032     )
                                    )
John B. Torsey                      )
1933 SW Prestwick Place             )
Bend, OR 97702                      )
                                    )
Robert A. Tovarnak                  )
142 N. Jamestown Rd.                )
Moon Township, PA 15108             )
                                    )
Francis C. Trainor                  )
196 Via Del Prado                   )
Santa Paula, CA 93060               )
                                    )
Thomas J. Trebby                    )
200 Oak Point Lane                  )
Yorktown, VA 23692                  )
                                    )
Paul D. Trice                       )
6178 Egypt Valley Ct.               )
Ada, MI 49301                       )
                                    )
Terry J. Trimble                    )
6565 Bridle Way Drive               )
Arrington, TN 37014                 )
                                    )
John R. Turgyan                     )
P.O. Box 219                        )
New Egypt, NJ 08533                 )
                                    )
Jack Turok                          )
8842 Summerhill Pt.                 )
Alpine, CA 91901                    )
                                    )
James L. Twohig                     )
9604 Eagle Valley Dr.               )
Las Vegas, NV 89134                 )
                                    )
Raymond Ulrich                      )
9861 Fairway Cove Lane              )
Plantation, FL 33324                )
                                    )

David B. Upton )
19524 Mary Ardrey Circle )
Cornelius, NC 28031 )
)
James F. Urbanksi )
4942 Old Route 422 )
New Castle, PA 16101 )
)
Ron P. Vandergrift )
7613 Summerfield Rd. )
Summerfield, NC 27358 )
)
David G. VanDerVeer )
1 Spinney Lane )
N. Kingstown, RI 02852-1523 )
)
Jerry L. Vaughn )
228 Mallard Lane )
Daytona Beach, FL 32119 )
)
Estate of Lindell R. Vinson )
C/O Amy Vinson )
708 Pennsylvania Dr. )
Denton, TX 76205 )
)
Frank H. Vogel )
809 Bunker View Dr. )
Apollo Beach, FL 33572 )
)
Lawrence J. Vonderschmidt )
1138 Periwinkle Dr. )
Florence, KY 41042-6901 )
)
Brian L. Wagner )
645 Front Street, Apt. 1405 )
San Diego, CA 92101 )
)
James R. Wagner )
15119 N. Holsteiner Rd. )
Tucson, AZ 85739 )
)
Estate of Richard Walford )
32 Barrett Rd. )
New London, NH 03257-4604 )
)

Michael E. Walker )
P.O. Box 246 )
Centennial, WY 82055 )
)
Thomas T. Walker II )
133 Bluebell Way )
Franklin, TN 37064 )
)
Terry L. Wall )
1917 N Flamingo Ave. )
Bethany, OK 73008 )
)
Richard Stephen Wallis )
100 Richards Patent )
Williamsburg, VA 23185 )
)
James L. Walsh )
11187 Manhattan Mine Lane )
Nevada City, CA 95959 )
)
Don C. Walters )
7017 Watersville Rd. )
Mt Airy, MD 21771 )
)
Don B. Walther )
11348 Park Central Pl., Unit D )
Dallas, TX 75230 )
)
Darrell W. Ward )
103 Sheffield Ln. )
McMurray, PA 15317 )
)
Leonard A. Ware )
20621 Gardenia Dr. )
Land O'Lakes, FL 34638 )
)
Richard S. Wareing )
6 Wall St. )
Fredericksburg, VA 22405-2365 )
)
Lester H. Warner )
P.O. Box 398 )
Westerville, OH 43086-0398 )
)

Marion Washburn                          )
803 Westminster Circle, SW               )
Lenoir, NC 28645-5838                    )
                                         )
Patrick H. Weakland                      )
1539 Threeway Rd.                        )
Warsaw, VA 22572                         )
                                         )
Warren A. Weakley                        )
396 A Magothy Road                       )
Severna Park, MD 21146                   )
                                         )
Estate of Jack E. Weaver                 )
4200 S 200                               )
East Lebanon, IN 46052                   )
                                         )
Michael Weaver                           )
133 Brookhaven Boulevard                 )
Mars, PA 16046                           )
                                         )
Emmett V. Weber                          )
3411 Bayou Sound                         )
Longboat Key, FL 34228-3011              )
                                         )
John M. Webber                           )
746 Longford Way                         )
Noblesville, IN 46060                    )
                                         )
Walter M. Weddle                         )
19317 Yachtman Dr.                       )
Cornelius, NC 28031                      )
                                         )
Jonathan Weidemann                       )
92 Skyline Dr.                           )
Chalfont, PA 18914                       )
                                         )
John V. Weidman                          )
120 Race Rd.                             )
Oxford, NY 13830                         )
                                         )
William R. Weir, Jr.                     )
11829 Columbiana Canfield Rd.            )
Columbiana, OH 44408-9760                )
                                         )

Carl Weisser                               )
12036 Broadwood Drive                      )
Knoxville, TN 37934                         )
                                           )
Bernard B. Welch                           )
7833 3rd Ave South                         )
St. Petersburg, FL 33707                   )
                                           )
Valerie Anne Wells                         )
208 66th St.                               )
Virginia Beach, VA 23451                   )
                                           )
David E. Whitcomb                          )
53 Tannery Rd.                             )
Dillsbury, PA 17019                        )
                                           )
Chester H. White II                        )
10500 Meadow Lane                          )
Leawood, KS 66206                          )
                                           )
Christopher Owen White, Jr.                )
4365 Sherwood Forest Dr.                   )
Delray Beach, FL 33445-3875                )
                                           )
William T. White                           )
2878 SW Turtle Point                       )
Palm City, FL 34990-7929                   )
                                           )
John M. Whittier                           )
50 Rockrimmon Rd.                          )
P.O. Box 191                               )
Kingston, NH 03848-0191                    )
                                           )
John J Wholley                             )
8 Sunridge Rd.                             )
Windham, NH 03087-1770                     )
                                           )
Robert N. Wiest                            )
6303 Longleaf Pine Court                   )
Bradenton, FL 34202                        )
                                           )
Fred D. Wildman                            )
3200 Glasgow Dr.                           )
Arlington, TX 76015                        )
                                           )

John R. Wiley III                               )
764 Old Paper Mill Drive                        )
Marietta, GA 30067                              )
                                                )
Jo L. Will                                      )
35 Corinthian Drive,                            )
Salem, NH 03079                                 )
                                                )
Robert Wes Williams                             )
4613 Tuscana Drive                              )
Sarasota FL 34241                               )
                                                )
John B. Williams III                            )
2544 Derby Court                                )
Wexford, PA 15090                               )
                                                )
Walter E. Williams Jr.                          )
P.O. Box 421                                    )
Labelle, FL 33975                               )
                                                )
Alan D. Wilson                                  )
2771 Sky Horse Tr.                              )
Reno, NV 89511-5373                             )
                                                )
Michael D. Wilson                               )
1575 Eton Way                                   )
Crofton, MD 21114                               )
                                                )
Steven E. Wilson                                )
176 High Street                                 )
Exeter, NH 03833                                )
                                                )
Bruce Wing                                      )
11320 Alejo Lane                                )
San Diego, CA 92124                             )
                                                )
Timothy D. Wingfield                            )
2880 Sunset Dr.                                 )
Camp Hill, PA 17011                             )
                                                )
Martin C. Wirth                                 )
55 Cotswold Cir.                                )
Ocean Township, NJ 07712-2646                   )
                                                )

Robert R. Witt                          )
1757 SE Westmoreland Blvd.              )
Port St. Lucie, FL 34952-5751          )
                                        )
William E. Wobeser                      )
3601 Royal Tern Cir.                   )
Boynton Beach, FL 33436-5442           )
                                        )
William H. Woelfel                      )
11 Sunset Drive, Apt. 207              )
Sarasota, FL 34236                      )
                                        )
John D. Wolfe, Jr.                      )
7 Bay Shore Dr.                         )
Greenland, NH 03840-2206               )
                                        )
John G. Wolfe                           )
1402 Georgia Ave.                       )
Boulder City, NV 89005                 )
                                        )
Roland J. Wolfe                         )
16 Mano Drive                           )
Kula, HI 96790                          )
                                        )
Michael W. Wright                       )
1138 Lindsey Rd.                        )
Springfield, OH 45503                  )
                                        )
Richard M. Yelch                        )
4647 Calivo Dr.                         )
La Mesa, CA 91941                       )
                                        )
Charles A. Yenian                       )
604 Main St.                            )
Wilbraham, MA 01095                    )
                                        )
Claude Leland Young                     )
18776 Silver Hill Lane                 )
Leesburg, VA 20175                      )
                                        )
Leon Young                              )
1306 Altamira Ct.                       )
McLean, VA, 22102                       )
                                        )

Thomas O. Young )
11504 NE 266th St. )
Battleground, WA 98604 )
)
Jerome G. Zavar )
186 Humphries Road )
Gaffney, SC 29341 )
)
Warren W. Zergebel )
109 Skyline Dr. )
Lakewood, NJ 08701 )
)
James L. Zimmer )
28730 Sweet Bay Lane )
Bonita Springs, FL 34135 )
)
Robert D. Zimmerman )
12117 Gray Birch Cir. )
Orlando, FL 32832-5703 )
)
Robert E. Zimmerman )
5019 W Market St. )
Greensboro, NC 27407 )
)
                                  ***Plaintiffs*** )
v. )
)
Pension Benefit Guaranty Corporation )
1200 K Street, N.W. )
Washington, DC 20005 )
)
                                  ***Defendant*** )
_____ )

## COMPLAINT FOR EQUITABLE AND DECLARATORY RELIEF

1.      This is an action for equitable and declaratory relief brought by more than 1,000

individuals who spent their careers serving as pilots for U.S. Airways, Inc. ("US Airways") and

are now retired.  Throughout this Complaint, these individuals and their beneficiaries are referred

to as "the Retired Pilots" or "Plaintiffs."

2.    To compensate Plaintiffs for their years of dedicated service, US Airways promised to provide them with security in their retirement years by sponsoring a vested, defined-benefit pension plan. Some form of that plan has been in effect since 1958, and, until terminated in 2003, the pension plan was most recently known as the Retirement Income Plan for Pilots of US Airways, Inc. Throughout this Complaint, the overall retirement benefits program in place continuously from 1958 until its termination in 2003 is referred to as "the Plan," with different versions of the Plan noted where necessary.

3.    This action is brought under the Employee Retirement Income Security Act of 1974 ("ERISA" or "the Act"), 29 U.S.C. §§ 1001, *et seq.* One set of provisions in ERISA -- contained in Title IV of ERISA -- establishes an insurance program and other safeguards to protect employees against the loss of anticipated retirement benefits upon the termination of plans with insufficient funds to cover vested benefits. Congress enacted these provisions to further employees' legitimate expectations of pension benefits after years of dedicated service.

4.    The Plan is a defined-benefit plan within the meaning of 29 U.S.C. § 1002(35), is an employee pension benefit plan within the meaning of 29 U.S.C. § 1002(2), and is subject to the coverage of the Act pursuant to 29 U.S.C. § 1003(a).

5.    In 2002, US Airways filed a petition for bankruptcy in the United States Bankruptcy Court for the Eastern District of Virginia. During those proceedings, US Airways asked the Bankruptcy Court to terminate the Plan pursuant to the "distress termination" provision of ERISA, which required US Airways to demonstrate that it was in financial distress as defined in 29 U.S.C. § 1341(c). Ultimately, over the opposition of the Retired Pilots and others, the Bankruptcy Court agreed to a distress termination of the Plan.

93

6.      Defendant Pension Benefit Guarantee Corporation ("PBGC" or "the Corporation"), a U.S. Government corporation within the Department of Labor, is the entity that, pursuant to Title IV of ERISA, insures private sector defined-benefit pension plans. In this regard, the PBGC administers the mandatory government pension insurance program set forth in Title IV, 29 U.S.C. §§ 1301 *et seq.* Under these insurance provisions, the PBGC collects insurance premiums from employers on a regular basis and guarantees, through its insurance, the payment of all non-forfeitable (*i.e.*, vested) benefits. When a plan covered under Title IV terminates with insufficient assets to satisfy its pension obligations with respect to its employees, the PBGC awards insurance benefits, up to a statutory maximum set forth in 29 U.S.C. § 1322(b)(3).

7.      Pursuant to another provision in Title IV (29 U.S.C. § 1342(b)), the PBGC can (and invariably does) also become the terminated plan's administrator, or trustee; when it does so, it must then distribute any remaining assets of the terminated plan to its participants and beneficiaries, according to the plan's terms and rules established in ERISA. In the event the PBGC becomes trustee of the terminated plan, it also has duties as a plan fiduciary pursuant to 29 U.S.C. § 1342(d) that, if breached, are subject to remedy under ERISA.

8.      The Plan falls under the insurance coverage provisions of Title IV, 29 U.S.C. § 1321, which encompasses nearly all defined-benefit pension plans sponsored by private employers. In this instance, the PBGC has also become the trustee of the Plan and therefore is responsible for distributing the remaining assets of the Plan on behalf of the Retired Pilots, and the PBGC has fiduciary obligations to the Retired Pilots.

9.      After termination of the Plan on March 31, 2003, the PBGC began paying estimated benefits for the terminated Plan. Those benefits were significantly less than the vested

pension benefits the Retired Pilots had been entitled to receive under the Plan and ERISA.

Plaintiffs accordingly commenced a challenge to the estimated determinations within the

administrative process at the PBGC. Because the PBGC had taken roughly eight years to issue

formal benefit determination letters as to each plan participant in a similar situation involving the

termination of a Pan American World Airways pension plan, *see Pineiro v. Pension Benefit

Guaranty Corp.*, 318 F. Supp. 2d 67, 74 (S.D.N.Y. 2003) ("PBGC took roughly eight years from

its appointment as trustee of the Plan to finish issuing the bulk of its B[enefit] D[etermination]

L[etter]s"), and because the Retired Pilots are retirees living on fixed incomes, some of the

Retired Pilots also immediately brought suit in this Court to avoid the great hardship that would

occur if the Retired Pilots were forced to delay receipt of their proper pension benefits for several

years. *See Boivin v. U.S. Airways, Inc.*, No. 03-cv-2373 (JR) (D.D.C. filed Nov. 17, 2003).

      10.    After this Court dismissed most claims due to lack of exhaustion, the United

States Court of Appeals for the District of Columbia Circuit held that, despite the undoubted

hardship caused by delayed disposition, the claims must all be dismissed without prejudice

because of the failure fully to exhaust administrative remedies with the PBGC. *Boivin v. U.S.

Airways, Inc.*, 446 F.3d 148 (D.C. Cir. 2006).

      11.    Consistent with the D.C. Circuit's decision, Plaintiffs continued exhausting their

claims with the PBGC. On February 29, 2008, the PBGC Appeals Board resolved Plaintiffs'

claims, and decreed that it had taken final agency action with respect to the vast majority of

Plaintiffs. With regard to some of the remaining Plaintiffs who were involved in the PBGC

administrative matter, the PBGC Appeals Board stated that the PBGC would engage in certain

additional mathematical calculations, but the PBGC Appeals Board nonetheless had likewise

resolved all legal issues associated with the claims of these individuals. A copy of the PBGC's February 29, 2008 decision (with redactions) is attached to this Complaint as Exhibit A.

12.    In its final decision, the PBGC Appeals Board rejected all significant grounds for appeal raised by the Retired Pilots. It adopted unprecedented positions, such as deeming the "effective date" of Plan amendments not to be the effective date adopted by its drafters, applying actuarial rules to pilots that plainly were devised for substantively different professions, and even refusing to recognize automatic increases in benefits resulting from Congressional action. In the end, the PBGC, through an arbitrary, unfair, and self-interested reading of the Plan's terms and ERISA, whittled Plaintiffs' benefits claims down so far that even the limited funding remaining in this Plan -- which had been *terminated for distress* -- was (according to the PBGC) sufficient to cover the bulk of Plaintiffs' non-forfeitable benefits. And the PBGC then paid nothing further. While the Retired Pilots would receive just a fraction of the pension benefits on which they had relied for a lifetime, the PBGC paid not a single dollar from its insurance funds.

13.    Having now fully exhausted their claims, Plaintiffs return to this Court seeking injunctive and other appropriate equitable relief, as well as declaratory relief, sufficient to redress violations of and to enforce ERISA. Plaintiffs have been adversely affected by the PBGC's improper failure to ensure, as guarantor, payment of all non-forfeitable benefits, in violation of its statutory obligation under 29 U.S.C. § 1322(a). Plaintiffs have also been adversely affected by PBGC determinations, as trustee, with respect to the categorization and distribution of Plan assets under 29 U.S.C. § 1344. And Plaintiffs have been adversely affected by the PBGC's breach of fiduciary duties owed to Plaintiffs under 29 U.S.C. § 1342. Moreover, Plaintiffs seek reasonable attorney's fees and other expenses and costs pursuant to 29 U.S.C. § 1303(f)(3).

14. Plaintiffs additionally pursue their claims, to the extent necessary and proper, under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701 *et seq.* By failing to provide Plaintiffs with benefits guaranteed by ERISA, by failing properly to distribute remaining Plan assets, and by relying -- in providing these benefits and distributing the assets -- on regulations that are inconsistent with ERISA, the PBGC has engaged in action that is arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with law under the APA, 5 U.S.C. § 706. All of Plaintiffs' claims raised under ERISA are accordingly also subject to redress under the APA.

15. Plaintiffs also seek, to the extent necessary and proper, attorneys fees under the Equal Access to Justice Act, 5 U.S.C. § 504(a).

### JURISDICTION AND VENUE

16. This Court has jurisdiction over the subject matter of this lawsuit pursuant to 29 U.S.C. §§ 1303(f), as well as 28 U.S.C. § 1331 and 5 U.S.C. § 702. Declaratory relief is proper pursuant to 28 U.S.C. § 2201.

17. Venue is proper in this District pursuant to 29 U.S.C. § 1303(f)(2) and under 5 U.S.C. § 703.

### PARTIES

18. Plaintiffs are participants or beneficiaries in the now-terminated Plan. Insofar as any Plaintiff is an estate, the decedent was a participant or beneficiary of the Plan. All Plaintiffs were adversely affected by the actions of the PBGC in determining benefits payable to Plaintiffs upon termination of the Plan and are accordingly eligible to bring suit for equitable and declaratory relief against the PBGC pursuant to 29 U.S.C. § 1303(f) or for the relief available under the APA, 5 U.S.C. § 706.

19.     Defendant PBGC is a wholly owned United States Government corporation that administers and enforces Title IV of ERISA.  It became the plan administrator and trustee of the Plan, as of the March 31, 2003 termination date.

## EXHAUSTION OF REMEDIES

20.     A related action was previously before this Court but was dismissed because of the failure to exhaust remedies with the PBGC.  *Boivin v. U.S. Airways, Inc.*, 446 F.3d 148 (D.C. Cir. 2006).

21.     Both before and after dismissal of the earlier lawsuit, Plaintiffs pursued their remedies before the PBGC.

22.     Most of the Plaintiffs in this lawsuit filed timely appeals to the PBGC Appeals Board, challenging the adverse benefits determinations made by the PBGC.

23.     On February 29, 2008, the PBGC Appeals Board issued a decision resolving an appeal brought by 769 of the Retired Pilots, all of whom are Plaintiffs in this action.  This decision resolved finally all of the questions presented in this lawsuit that were within the authority of the PBGC Appeals Board to resolve.  The PBGC Appeals Board decision also made clear that it had no authority to resolve challenges to PBGC regulations themselves and that Plaintiffs were accordingly under no duty to exhaust such claims.

24.     Also among Plaintiffs are an additional eighty-four Retired Pilots for whom the PBGC, in its February 29, 2008 decision, indicated it would do further mathematical calculations concerning their benefits.  However, the PBGC has already decided the legal issues associated with these Retired Pilots' appeals (which were the same as the legal issues resolved for the 769 Retired Pilots for whom the PBGC overtly stated it was issuing final agency action), and therefore no further administrative exhaustion for these individuals need occur.

25.    There are other Plaintiffs who did not file appeals with the PBGC, but whose claims are entirely duplicative of those who did file appeals. These individuals did not individually seek relief at the PBGC in light of, and in reliance on, the PBGC's policy, which the PBGC has stated as follows: "the general practice of the PBGC is to apply the holdings in the Appeals Board decisions to similarly-situated participants who did not appeal." Enclosure 2, at 1 to the PBGC's February 29, 2008 Decision, which is Exhibit A. to this Complaint (PBGC letter in 2007 informing Plaintiffs' counsel of general policy). In light of the PBGC's stated policy, and because all relevant legal issues have otherwise already been presented to and decided by the PBGC, these Plaintiffs need not engage in any further exhaustion.

26.    There are also other Plaintiffs who received lump-sum benefits prior to Plan termination that were less than the vested benefits to which they were entitled. Those Plaintiffs had been vigorously challenging their benefits determinations with US Airways and elsewhere prior to Plan termination and attempted to secure relief by fairly presenting their claims to the PBGC, *see* Br. filed with PBGC, at 24 & Exhibit I (Exhibit B to Compl. (with redactions)), but the PBGC refused to address their situations in its February 29, 2008 decision on the grounds that they supposedly had not filed appeals with the PBGC. *See* February 29, 2008 PBGC Decision at 32 n.53 (Exhibit A to Compl.). These Plaintiffs, however, received no benefit determination from the PBGC and thus had nothing from which to file a formal appeal; nonetheless, they still brought their grievances at the appropriate time to the PBGC's attention. Given the PBGC's policy of applying its holdings to similarly situated individuals, and given that all matters associated with the claims in this action have already been exhausted by other Retired Pilots and the PBGC has reached definitive, final decisions on these matters, the claims of Plaintiffs with

lump-sum benefits who, according to the PBGC, purportedly did not file appeals at the PBGC are properly before the Court.

27.     Not among Plaintiffs are thirty individuals with appeals still pending at the PBGC concerning certain disability issues. Though the PBGC indicated, in its February 29, 2008 decision that all other issues associated with these individuals' appeals were finally decided, the appeals remain pending because of the PBGC's promise to deal separately with the disability issue in an upcoming supplemental decision. These individuals will be added to this lawsuit upon final determination of their appeals.

## FACTUAL ALLEGATIONS

28.     In 1958, US Airways (then known as Allegheny Airlines) established a program for providing retirement income and other employee benefits to airline pilots in its service. The program established in 1958 constitutes the first version of the Plan (and is sometimes referred to, including any amendments, as the pre-1972 version of the Plan).

29.     In 1972, a new version of the Plan was adopted that, in part, incorporated benefits of the old version by granting pre-existing pilots the right to benefits no less than they would have received had the old version -- based on the actual investment value of a group or pool of diversified stocks -- been continued unchanged.

30.     After 1972, the 1972 version of the Plan was amended several times but remained in effect through 1979, when it was further amended and entitled the "Retirement Income Plan for Pilots of USAir, Inc."

31.     The Retirement Income Plan for Pilots of USAir, Inc. -- *i.e.*, the 1979 version of the Plan -- was amended and restated in 1983 and 1985, with then another version under that

name being restated effective January 1, 1994. The 1994 version of the Plan is attached as Exhibit C.

32.     Effective as of February 21, 1997, the name of the program was changed to the Retirement Income Plan for Pilots of US Airways, Inc. Despite the name change, the 1994 version of the Plan remained intact and in force unless specifically amended.

33.     On December 4, 1997, US Airways and the Airline Pilots' Association ("ALPA") entered into Letter of Agreement 46, which offered an Early Retirement Incentive Program ("ERIP") to pilots working for US Airways. Letter of Agreement 46 is attached as Exhibit D to this Complaint. One of the terms of Letter of Agreement 46 was that the ERIP would be "effective as of the effective date of the new Collective Bargaining Agreement" between US Airways and ALPA. This date is referred to as the "effective date" throughout Letter of Agreement 46. The new collective bargaining agreement became effective on January 1, 1998, and Letter of Agreement 46 immediately became part of the Plan.

34.     Part II, Subsection A of Letter of Agreement 46 created a "Magic Five Enhancement," permitting pilots who chose early retirement under the ERIP to add five years of age to their benefit calculation, or five years of service, or some combination of the two.

35.     On January 1, 2001, the Plan was amended and restated in its entirety, with a January 1, 2001, effective date. A copy of the 2001 version of the Plan is attached as Exhibit E.

36.     On August 11, 2002, US Airways filed a petition for bankruptcy before the United States Bankruptcy Court for the Eastern District of Virginia. The petition sought reorganization under Chapter 11 of the Bankruptcy Code.

37.     On January 30, 2003, US Airways filed in the bankruptcy proceedings a notice of intent to terminate the Plan pursuant to 29 U.S.C. § 1341. The motion was opposed by ALPA,

the Retired Pilots Association of US Airways (known as "the Soaring Eagles"), and a number of

other pilots groups. The PBGC filed a response to the termination notice taking no position on

whether the Plan should be terminated, but instead advising the Bankruptcy Court of the agency's

views regarding the interpretation and application of the distress termination provisions of

ERISA. The PBGC argued that the Bankruptcy Court's role in the termination process was

"limited" and that the PBGC ultimately had the right to permit or disallow a distress termination

of the Plan. The PBGC also informed the Bankruptcy Court in its filing of the possibility that it

would "take such actions as are necessary to restore the pension plan to its pre-termination

status" pursuant to 29 U.S.C. § 1347.

    38.    On or about March 2, 2003, the Bankruptcy Court ruled that US Airways had met

the ERISA standards for a distress termination of the Plan pursuant to 29 U.S.C. § 1341(c). *See*

*In re U.S. Airways Group, Inc.*, No. 02-83984-SSM, 2003 Bankr. LEXIS 791 (Bankr. E.D. Va.

Mar. 7, 2003). The Bankruptcy Court's ruling, however, was conditioned upon an arbitration

proceeding, which would determine whether the termination would violate the collective

bargaining agreement between US Airways and ALPA. *See* 29 U.S.C. § 1341(a)(3).

    39.    On or about March 27, 2003, US Airways, ALPA, and the PBGC entered into a

consent agreement whereby the parties agreed to terminate the Plan. Plaintiffs were not included

in the negotiations and were not parties to the agreement. Plaintiffs were not represented in these

negotiations by ALPA, which does not represent retirees.

    40.    Pursuant to this agreement, US Airways and ALPA agreed to amend the collective

bargaining agreement to permit and facilitate termination of the Plan. On or about March 31,

2003, the Plan was terminated pursuant to this agreement.

41.    On or about March 31, 2003, the PBGC was appointed trustee of the Plan, pursuant to Title IV of ERISA.

42.    As trustee, the PBGC is a fiduciary of the Plan, with the responsibility for administering the Plan, which includes the duty to calculate and pay benefits and the obligation to distribute the Plan's remaining assets in light of termination in accordance with priority categories established in ERISA.  Separately, pursuant to 29 U.S.C. § 1322, the PBGC serves as the guarantor of non-forfeitable benefits accrued under the Plan.

43.    Upon termination of a plan, the plan administrator, or trustee, is required to allocate and distribute the assets of the plan among the participants and beneficiaries based on the terms of the plan and priority categories established by Congress.  Additionally, as guarantor of non-forfeitable benefits, the PBGC has a duty, in the event of a termination, to pay benefits up to a statutory maximum from its insurance funds.  The PBGC must use its insurance funds (up to the statutory maximum that the PBGC can be made to pay) to provide participants and beneficiaries with all non-forfeitable benefits to the extent that the plan assets are insufficient to cover all non-forfeitable benefits.

44.    In calculating -- as trustee -- the amount of Plan assets to which the Retired Pilots are entitled, the PBGC utilized formulas and made determinations that deviated from the terms of the Plan and otherwise violated ERISA.  Indeed, in all instances, the PBGC read the terms of the Plan against the participants' and beneficiaries' interests and adopted constructions that were inconsistent with the plain language of the Plan, were inconsistent with common sense and logic, and were devised to save the PBGC money rather than properly distribute the Plan's assets.  In addition, in violation of ERISA, the PBGC -- as guarantor (or insurer) -- has paid no insurance funds to any Retired Pilot, erroneously determining that it need pay no benefits if the Plan assets

are sufficient to cover simply a minimum threshold of non-forfeitable benefits. Still further, the manner in which the PBGC has administered the Plan since becoming the Plan's trustee has violated its fiduciary duties under ERISA, including, for instance, failing prudently and in the interests of the Plan's participants and beneficiaries to ensure that amounts improperly transferred, prior to the termination, from the Plan by US Airways for other purposes have not been replenished by US Airways either at the time of the bankruptcy proceedings or since then.

45.     The benefits paid to Plaintiffs subsequent to the termination of the Plan are less than required under the terms of the Plan and under ERISA. Many Plaintiffs find themselves experiencing financial difficulties as a result of the decreased pension payments provided by the PBGC.

46.     Each and every allegation in this Complaint is incorporated into each and every claim for relief.

## CLAIMS FOR RELIEF

### Claim One
### (Failure to Comply With ERISA -- Improper Categorization of Priority of Plan Provisions Containing Early Retirement Benefits)

47.     As trustee for the Plan, one of the PBGC's responsibilities is to allocate, upon termination, the remaining assets of the Plan to the participants and beneficiaries based on the terms of the Plan and priority categories established by Congress in 29 U.S.C. § 1344. Section 15.4 of the Plan (1994 and 2001 versions) also expressly provides for allocation of remaining Plan assets in such a fashion in the event of termination.

48.     At the time of the PBGC's February 29, 2008 decision, the Plan according to the PBGC had sufficient assets to pay all benefits that fell within what is known as "Priority Category 3" status as defined by 29 U.S.C. § 1344(a)(3). Thus, any benefit classified as a

Priority Category 3 benefit was eligible to be paid in full by the PBGC as trustee (without even bringing into play any PBGC guarantee).

49.    A substantial dispute before the PBGC arose with regard to whether benefits provided by the ERIP were entitled to Priority Category 3 status. This dispute centered on the date on which the provision of the Plan that included those benefits became "effective" within the meaning of ERISA.

50.    On December 4, 1997, the Plan was amended to include the ERIP, pursuant to an agreement between US Airways and ALPA. Among other things, the ERIP amendment allowed eligible pilots who retired early to have their benefits calculated by adding: (1) five years to the pilot's age, or (2) five years of credited service, or (3) whichever combination of additional age and service (up to a total of 5) that produced the highest benefit. Because this portion of the ERIP permitted the addition of five years of age or service in some combination, it has been referred to as the "Magic Five" benefit.

51.    The Letter of Agreement between ALPA and US Airways setting forth the ERIP amendment stated that this provision of the Plan would become "effective as of the effective date of the new Collective Bargaining Agreement" with ALPA. The collective bargaining agreement became effective on January 1, 1998, and the provision of the Plan containing the ERIP accordingly became effective at that time as well. As a result, the Plan amendment to include the ERIP provision occurred on December 4, 1997 (*i.e.*, the date of the Letter of Agreement), and this Plan provision became effective on January 1, 1998.

52.    Both December 4, 1997 and January 1, 1998 are more than sixty months (or five years) before termination of the Plan on March 31, 2003.

105

53.    The "Magic Five" benefit is entitled to Priority Category 3 status within the meaning of 29 U.S.C. § 1344(a)(3). In pertinent part, § 1344(a)(3) prioritizes into Priority Category 3 those benefits from defined-benefit plans that are "based on the provisions of the plan (as in effect during the 5 year period ending on [the] date [of termination]), under which such benefit would be the least." 29 U.S.C. § 1344(a)(3). The "Magic Five" benefit is "based on the provisions of the plan" that were adopted on December 4, 1997 and that became effective on January 1, 1998. The relevant "provision[] of the plan" was accordingly "in effect" for the entirety of the five-year period ending on the date of termination.

54.    The PBGC erroneously concluded that the "Magic Five" benefit is not entitled to Priority Category 3 status. The PBGC reached this conclusion by looking to whether the benefit itself would have been *receivable* more than sixty months before the Plan termination date, rather than looking to whether the "provisions of the plan" creating the benefit had been "in effect" more than sixty months before the termination date, as the statutory language requires.

55.    The PBGC's determination on the "Magic Five" benefit violates ERISA. The PBGC misconstrued the plain statutory language. The PBGC's interpretation and application of the statute also contradicts its own regulation interpreting the statute. The PBGC regulation, 29 C.F.R. § 4044.13(b)(6), provides that "[f]or purposes of this section, a plan or amendment is 'in effect' on the later of the date on which it is adopted or the date it becomes effective." This regulation accordingly focuses on the effective date of the "plan or amendment" -- not the date on which any specific benefit increase pursuant to the Plan amendment would be receivable.

56.    The PBGC's interpretation and application of the statute is also unreasonable in light of the policies that underlie 29 U.S.C. § 1344 and is inconsistent with the underlying statutory scheme. The reason that Congress has directed that the PBGC honor only those

provisions of the Plan in effect for five years prior to the termination date is to ensure that employers do not undertake obligations with an eye toward plan termination, which are then passed along to the PBGC for payment. ERISA therefore requires that any provisions of the plan be in effect for five years prior to termination, because the employer exercises control over when any plan provision is adopted and becomes effective. By ignoring the statutory language and instead basing the five-year date on when the increased benefit could first be secured by an eligible participant, the PBGC chose a date that is not only inconsistent with the statutory language but inconsistent with the purpose of the underlying statutory scheme as well.

57.    The PBGC's erroneous decision concerning the "Magic Five" benefit adversely affected Plaintiffs by lowering the benefits that they were awarded.

### Claim Two
### (Failure to Comply With ERISA -- Improper Priority Categorization of Plan Provisions Incorporating Federal Statutory Tax Provision and Guarantee of Those Benefits)

58.    Section 7.1 of the Plan (1994 and 2001 versions) prohibits the payment of pension benefits to Plan participants in excess of the limitations contained in Internal Revenue Code ("IRC") § 415(b), 26 U.S.C. § 415(b). Section 415(b) is a tax provision that creates statutory limits on the amount of benefits that can be paid by a pension plan in order to qualify for favorable tax treatment. Although the Plan's provisions referencing § 415(b) remained the same, the statutory cap contained in § 415(b) itself changes with the passage of time, and § 7.2 of the Plan incorporates Congressional changes to the statutory maximum payment.

59.    Internal Revenue Service ("IRS") regulations require that plan provisions "preclude the possibility that the limitations imposed by section 415 will be exceeded." IRS Reg. § 1.415(a)-1(d)(1). The Plan's adoption of these limitations was not a mere formality, but was part of the process by which the Plan complied with tax requirements under the IRC.

60.    Section 415(b) does not create any new vested benefit, but merely limits what the Plan would otherwise pay to participants and beneficiaries based on accrual formulas in place for more than five years prior to Plan termination. Section 415(b) is, in short, simply a tax provision that does not create a benefit increase as it rises but merely dictates, as a tax matter, from which source (namely from the Plan, or instead from a non-tax-qualified source) a participant's existing benefits are taken.

61.    Even if an increase in the § 415(b) limit is viewed as a benefit increase for the purposes of ERISA, which it should not be, the § 415(b) increase contained in the Plan is entitled to Priority Category 3 status within the meaning of 29 U.S.C. § 1344(a)(3). Again, in pertinent part, § 1344(a)(3) places benefits in Priority Category 3 status "based on the provisions of the plan (as in effect during the 5-year period ending on [the] date [of termination]), under which such benefit would be the least." 29 U.S.C. § 1344(a)(3)(B). The § 415(b) increase is "based on the provisions of a plan" that were adopted more than five years before Plan termination, and these "provisions of the plan" were "in effect" for the entirety of the five-year period ending on the date of termination.

62.    The PBGC refused to give Priority Category 3 status to the benefits resulting from the Plan provisions incorporating § 415(b) increases. The PBGC determined that another portion of 29 U.S.C. § 1344(a)(3), which requires the contested benefit to be eligible for pay status three years prior to Plan termination in order for Priority Category 3 status to attach, made ineligible for Priority Category 3 status all increases in the amount of funds received within three years of Plan termination -- even where the increase in benefits arose from a Plan provision in place more than five years prior to termination, and even though Plaintiffs were eligible for receipt of this benefit more than three years prior to Plan termination. In making its determination, the PBGC

purported to apply the provisions of 29 C.F.R. § 4044.13(b)(5) to the Plan provision containing the § 415(b) reference. This regulation, if read as the PBGC insists, arbitrarily and capriciously limits payment amounts to those amounts existing three years before Plan termination, even where increased payments were made pursuant to long-standing Plan provisions, and even where any increase in the amount of the payment will occur solely as the result of Congressional action and thus is completely outside the control of the employer. The PBGC thus afforded Priority Category 3 status only to those vested benefit payments that did not exceed the § 415(b) limitation in place on April 1, 2000 -- three years before the Plan terminated. The PBGC's approach detrimentally affected not only those Retired Pilots who retired after April 1, 2000, but also those Retired Pilots who retired before that date.

63.     The PBGC erroneously applied 29 U.S.C. § 1344(a)(3) and unlawfully reduced Plaintiffs' benefits as a result. The PBGC's construction of the statute is inconsistent with the statutory language and the underlying statutory scheme. The purpose of § 1344(a)(3) is to prevent employers from abusing the protections of ERISA by increasing unfunded plan benefits in anticipation of termination and to ensure that benefit calculations are made in a conservative fashion by using the method of calculation that results in the lowest benefit. An increase in payments that occurs solely as the result of Congressional action, pursuant to provisions that pre-date the Plan termination date by many years, raises none of these concerns. By contrast, the payment of such benefits in compliance with statutorily-enacted increases effectuates the Congressional goal of safeguarding employees against the loss of anticipated retirement benefits occasioned by the absence of insurance protection when plans terminate with insufficient funds to cover vested benefits.

64.    Insofar as 29 C.F.R. 4044.13(b)(5) calls for the result reached by the PBGC, the regulation violates ERISA and is invalid and unenforceable.

**Claim Three**
**(Failure to Comply With ERISA -- Improper Calculation of Plan Liabilities by Using Unlawful Formula)**

65.    Upon termination, the plan administrator (*i.e.*, trustee) must calculate the assets available to and the liabilities of the terminated plan. These calculations are important because benefits are then distributed based on the extent to which overall liabilities compare to available assets. The more plan assets that are available, the more likely it is that each participant and beneficiary will receive all of the benefits promised in the plan.

66.    One important factor in these calculations is the average expected retirement age, since that number is used to calculate the overall plan liabilities upon termination. A higher expected retirement age would result in lower calculation of plan liabilities, whereas a lower expected retirement age will result in higher estimated plan liabilities. Because the remaining assets are allocated among these projected liabilities, an incorrectly low expected retirement age will lead to reduced actual benefits for all plan participants and beneficiaries. For instance, if the projected liabilities amount to more than 100% of the assets, then each participant's share will be reduced pro rata (and the PBGC will need to make up the shortfall up to the statutory maximum it can be made to pay per participant or beneficiary).

67.    The PBGC calculates expected retirement age using generic tables set forth in 29 C.F.R. § 4044.55. There are two sets of relevant tables. Table I is used to determine whether the probability of early retirement is high, medium, or low, based on the amount of the expected retirement benefit -- a higher expected benefit is presumed to result in an earlier expected

110

retirement age and a longer stream of expected benefits. Tables II A, B, and C are then used to determine the precise retirement age in the low, medium, and high categories respectively.

68.   These generic tables rely on a number of improper assumptions, and generate an expected retirement age that is unreasonably low for the Plan. The Tables ignore the experience of the Plan itself, on which the PBGC could have relied to produce a much more accurate retirement age in the context of airline pilots such as Plaintiffs. The Tables also rely on the arbitrary and capricious assumption that someone with a higher retirement benefit is more likely to take early retirement, ignoring the fact that such an individual also has a higher salary and thus will be foregoing increased earnings in favor of a lesser retirement benefit. This assumption is particularly problematic with regard to airline pilots, who were required to retire at age sixty at the time of Plan termination, and cannot easily translate their skills into post-retirement employment.   Indeed, pilots' hard-fought battle to persuade the FAA to *raise* the retirement age to sixty-five, which succeeded less than a year ago, itself demonstrates the arbitrary and capricious nature of the PBGC's assumption that pilots will choose to retire at an earlier age than most workers.

69.   The use of a retirement age derived from the Tables causes the PBGC to unreasonably overestimate Plan liabilities, resulting in lower benefits for the Retired Pilots than would occur if a more accurate estimation of retirement age were calculated.

70.   The PBGC's unreasonable reliance on the Tables violates ERISA. The PBGC has failed to implement, and indeed has undermined, the Congressional goal of protecting the legitimate expectations of employees to their vested benefits. The use of an unreasonable measure for the expected retirement age adversely affected Plaintiffs by increasing Plan liabilities

111

in comparison to Plan assets, thereby reducing the overall proportion (and amount) of benefits that individual participants and beneficiaries would receive from Plan assets.

71.    Insofar as the result reached by the PBGC is called for in its regulations, those regulations violate ERISA and are invalid and unenforceable.

**Claim Four**
**(Failure to Comply With ERISA -- Improper Calculation of Pension Benefits Due to Use of Offsets Prohibited by Plan)**

72.    The PBGC determined benefits under the Plan by calculating each participant's benefit and then subtracting any benefit received from what is known as the "Target Plan" -- a separate plan outside the scope of the PBGC's authority. The purpose of the Target Plan was to enhance benefits otherwise received by the Retired Pilots. By using benefits received under the Target Plan to offset vested benefits, the PBGC improperly reduced the Retired Pilots' benefits from what they were entitled to under ERISA and under the terms of the Plan.

73.    The proper calculation of benefits is set forth in Section 4.1(A) of the Target Plan. A copy of the Target Plan is attached as Exhibit F. That provision makes clear that benefits should be calculated first by determining the total Target Retirement Income, using a formula that awards 2.4% of final average earnings multiplied by the number of years of service for the first twenty-five years of service, and 1% of final average earnings multiplied by any remaining years up to thirty. This Target Retirement Income is the total amount the Retired Pilots were supposed to receive under all US Airways pension plans. To calculate the "Target Benefit" amount, the Target Retirement Income is then reduced by the amount that will be paid from the Plan, which generally equals the statutory limits imposed on qualified defined-benefit plans under IRC § 415(b). The remainder constitutes the Target Benefit, whose purpose is to pay an additional amount in excess of what the Plan pays.

112

74.     This formulation is confirmed in several places by the collective bargaining agreement with respect to the Plan and the Target Plan.

75.     The PBGC did not utilize the formula adopted in the Plan but instead deducted any Target Plan benefits received from the Plan benefit amount.  In doing so, the PBGC violated the terms of the Plan and ERISA, which adversely affected Plaintiffs by reducing their benefits.

**Claim Five**
**(Failure to Comply With ERISA -- Breach of Fiduciary Duty)**

76.     Title IV of ERISA is designed to protect the interests of retirement plan participants and beneficiaries when the employer is no longer able to sponsor the plan and the plan has insufficient assets to cover its liabilities.

77.     Title IV provides two protections for participants in terminated plans:  mandatory benefits insurance administered by the PBGC, and the appointment of a trustee to ensure that the termination of the plan is carried out in the best interests of the participants and beneficiaries. Congress could have assigned sole responsibility for plan terminations to the PBGC as guarantor; instead, it provided that a trustee subject to duties of care and loyalty should oversee each termination.  This represents a judgment that simply providing the insurance and assigning the guarantor sole responsibility for terminating a plan would not sufficiently protect participants' and beneficiaries' rights and interests.

78.     When the PBGC serves as trustee, it performs its functions as a fiduciary to a plan's participants and beneficiaries.

79.     Title IV provides that, after the PBGC has sought and obtained the termination of an underfunded plan, the court appoints a trustee and "authorize[s] him[] to terminate the plan in accordance with the provisions of this subtitle." 29 U.S.C. § 1342(c).  The fact that the trustee

may "do any act authorized by the plan or this title to be done by the plan administrator," 29 U.S.C. § 1342(d)(l)(A)(i), makes clear that terminating a plan is akin to administering an ongoing plan. Other powers given to the trustee, such as litigating on behalf of the plan, 29 U.S.C. § 1342(d)(l)(B)(iv), and investing the plan's assets, *id.* § 1342(d)(l)(A)(iii), also indicate that plan termination can be a long-term process involving ongoing oversight of the plan.

80.    Section 1342(d)(3) provides that a trustee has the same fiduciary duties of care and loyalty owed by fiduciaries of ongoing plans, as well as the specific duties of a Chapter 7 bankruptcy trustee, "except to the extent inconsistent with the provisions of [Title IV]." Several of ERISA's provisions mandate that the trustee take certain actions, including preventing the plan's assets from inuring to the benefit of the employer, 29 U.S.C. § 1103(c), avoiding increasing the PBGC's liability, *id.* § 1342(d)(1)(A)(vi), and allocating the assets to some participants and beneficiaries at the expense of others, *id.* § 1344.

81.    Aside from these mandatory provisions, the trustee is given a number of discretionary powers that allow it to administer the plan and manage its assets. Since the trustee's discretion with respect to these powers, which provide the bulk of its oversight authority, is not limited, and plan trustees are bound by fiduciary duty to the extent that they exercise discretionary authority with respect to the plan, 29 U.S.C. §§ 1002(21), 1104(a), the trustee's fiduciary duties attach to its general oversight of the plan.

82.    At the time the Plan was terminated, the PBGC was appointed trustee of the Plan pursuant to 29 U.S.C. § 1342(b). As a result of this appointment, the PBGC acquired fiduciary duties toward the Plan's participants and beneficiaries, including the Retired Pilots.

83.    On information and belief, Plaintiffs allege that, as late as August 2001, the Plan's prior fiduciaries were transferring assets of the Plan to other US Airways plans. Absent

114

the transfers, US Airways would have had to pay the benefits of those other plans out if its own assets. In particular, Plaintiffs have presented information to the PBGC showing that (a) US Airways total retirement obligations increased substantially in the late 1990's; (b) US Airways' cessation of funding of the Target Plan in 1986 left it substantially underfunded in light of these obligations; (c) rather than funding the Target Plan, US Airways improperly transferred assets from the Plan to make up the shortfall; and (d) this transfer was reflected in the retirement statement of an individual pilot who received a lump sum retirement payment in 2001 that included $312,650 from the Target Plan even though his Target Plan balance stood at only about $55,000 at the time funding stopped in 1986. The PBGC cannot dispute that there is no way that accrued interest could have possibly increased the balance in the individual's account to that degree, creating a strong inference that US Airways had transferred about $200,000 from the Plan to the Target Plan (which had a common custodian) to make up for what would otherwise have been a substantial shortfall. The PBGC was also advised as to the identity of other individuals whose distributions were characterized by similar anomalies, but the PBGC failed to take any action to replenish the Plan's assets.

84.     As a fiduciary and trustee of the Plan, the PBGC had an obligation to identify and investigate these matters from the time it became trustee to the present and to attempt to recover the missing assets. The PBGC has a specific obligation to prevent the Plan's assets from inuring to the benefit of the employer, 29 U.S.C. § 1103(c), and has been authorized to litigate on behalf of the Plan when necessary to protect the Plan's assets. *Id.* § 1342(d)(l)(B)(iv).

85.     Despite these duties and powers, the PBGC has taken no meaningful steps from the time it became trustee to the present to determine whether US Airways improperly depleted Plan assets and to recover such assets. On information and belief, the PBGC has not even

conducted a comprehensive audit of the Plan's transactions over the ten-year period leading up to the Plan's termination, to determine whether Plan administrators exercised proper care and restraint in transfers and distributions.

86.    The Retired Pilots were adversely affected by this breach of fiduciary duty, as the assets of the Plan were diminished as a result of this breach by the PBGC and the amounts upon termination from Plan assets available to pay benefits therefore have likewise been depleted.

### Claim Six
### (Failure to Comply With ERISA -- Failure to Honor Plan Provision Guaranteeing Piedmont Pilots COLA)

87.    Effective May 1, 1990, the Piedmont Aviation Inc. Pilot Retirement Plan ("the Piedmont Plan") was merged into the Plan, and all liabilities and assets of the Piedmont Plan were made part of the Plan.

88.    Section 17.5 of the Plan (1994 and 2001 versions) sets forth various benefits for pilots employed by Piedmont prior to the merger date who continued their employment with US Airways after the merger date. One of these, Plan § 17.5(C), provides that former Piedmont pilots are entitled to a cost of living adjustment ("COLA") as of January 1st of every year following retirement.

89.    The PBGC Appeals Board acknowledged that the former Piedmont pilots' COLAs were entitled to Priority Category 3 status for 1999 and 2000 (and all prior years). Despite this acknowledgement, the actuarial report prepared by the PBGC determining benefits liabilities did not mention the COLAs. The PBGC Appeals Board still then concluded that the PBGC had correctly calculated benefits because the COLAs had supposedly been included in the calculation of final benefits for at least three individuals. On information and belief, the Retired Pilots allege that the COLAs provided in the Plan were not, for 1999 and 2000, included in the

final benefits determinations for each former Piedmont pilot. The exclusion of COLAs for 1999 and 2000 in the benefits determinations for Piedmont pilots violates ERISA and adversely affected them by lowering their benefits.

90.    The PBGC, in addition, did not include COLAs for the three years prior to Plan termination (*i.e.*, 2001, 2002, and 2003) in the calculation of guaranteed, non-forfeitable benefits. These later COLAs are -- under 29 U.S.C. § 1322(b) -- benefits that were based on Plan terms in effect earlier than five years prior to termination and therefore must be paid to the Piedmont pilots, whether through Plan asset distributions under 29 U.S.C. § 1344 or through the PBGC's insurance funds that guarantee all non-forfeitable benefits. The PBGC's failure to provide these statutorily mandated benefits adversely affected the Retired Pilots, in violation of ERISA.

**Claim Seven**
**(Failure to Comply With ERISA -- Refusing to Allocate Benefits by Calculating the Present Value of Any Benefit as of the Date of Plan Termination)**

91.    Upon termination of the Plan, the plan administrator (or trustee) is required, as already stated, to allocate the remaining assets of the Plan among the participants and beneficiaries based on the terms of the Plan and pursuant to priority categories established by Congress. In its trustee capacity, the PBGC engaged in a series of methodological errors, actuarial and otherwise, that erroneously lowered Plaintiffs' benefits.

92.    For workers who were eligible for retirement three years before the Plan termination date but who chose to continue working, the provisions of 29 U.S.C. § 1344(a)(3)(B) direct the PBGC as trustee as to how to calculate benefits that should be afforded Priority Category 3 status. Specifically, Congress has instructed the plan administrator to determine Priority Category 3 benefits as though such "benefits had commenced (in the normal form of

117

annuity under the plan) as of the beginning of [the three-year] period [prior to plan termination]." *Id.* § 1344(a)(3)(B).

93.     In formulating the amount of benefits to which Plaintiffs who kept working were entitled, the PBGC contravened the Congressional mandate by failing to replicate the benefit based on the provisions of the Plan in place "as of the beginning of [the three-year] period [prior to plan termination]." For these Plaintiffs (and indeed all Retired Pilots), the PBGC erroneously calculated benefits by freezing the amount of the payment as the one that would have been paid three years prior to Plan termination. Instead, the correct method for replicating benefits for Plaintiffs who were still working three years prior to Plan termination required additional adjustments to ensure that the benefit would replicate the statutorily posited scenario in which "benefits had commenced (in the normal form of annuity under the plan) as of the beginning of [the three-year] period [prior to plan termination]." 29 U.S.C. § 1344(a)(3)(B).

94.     In contravention of this statutory command, the formula used by the PBGC did not provide those Retired Pilots who continued to work with the actuarial equivalent of what they would have received had they retired three years prior to Plan termination. The PBGC's improper calculation of benefits adversely affected those Retired Pilots who were not in pay status as of the beginning of the three-year rollback date.

95.     This flaw in calculating the benefits of the working Plaintiffs was merely an example of the overall failure of the PBGC to calculate the benefits of participants and the liabilities of the Plan in an actuarially equivalent and consistent fashion. The PBGC's approach violated standard accounting principles, was arbitrary and capricious, and violated ERISA. It also adversely affected the Retired Pilots by understating their individual benefits.

96.    When distributing Plan assets, ERISA requires the PBGC as trustee to calculate participant benefits in the following manner:  "(B) in the case of a participant's or beneficiary's benefit . . . which would have been in pay status as of the beginning of such 3-year period if the participant had retired prior to the beginning of the 3-year period and if his benefits *had commenced* (in the normal form of annuity under the plan) as of the beginning of such period, to each such benefit based on the provisions of the plan (as in effect during the 5-year period ending on such date) under which such benefit would be the least." 29 U.S.C. § 1344(a)(3)(B) (emphasis added).  In other words, ERISA requires the PBGC to calculate the straight-life annuity that the participant would have received had he retired and begun receiving benefits three years prior to Plan termination.  That benefit has an absolute value that can be ascertained -- and the PBGC is required under ERISA to use that value in calculating benefits.  Knowing the payment, the term (actuarial table), and the discount rate enables the calculation of a "then present value" -- the amount of principal on hand at that time that would have been required to pay the benefit to which the PBGC says the individual is entitled.  Under ERISA, the PBGC is required to use this amount -- or its actuarial equivalent -- in calculating participant benefits subject to Priority Category 3 status.  However, the PBGC did not use such a "present value" method in calculating benefits.

97.    The PBGC's improper calculation method is especially striking given that it *did* use such an actuarially sound method in calculating overall Plan liabilities.  Thus, under the PBGC's liability calculations, all participants retire immediately on April 1, 2000 and begin receiving benefits on that date.  Yet, the participant benefits actually paid did not all commence on the April 1, 2000, date.  They commenced -- or will commence -- on each Retired Pilot's retirement date itself.

98.    The inconsistency between the PBGC's methods for projecting Plan liabilities and actually paying benefits is also compounded by the PBGC's misapplication of the § 415(b) limits.  The PBGC calculates participant benefits for purposes of asset distribution by applying the § 415(b) limits to the benefits of each Retired Pilot under the automatic assumption that he or she had in fact retired on April 1, 2000.  This penalizes individuals who retire after that date by refusing to apply the limit in place when the benefit itself commences or its actuarial equivalent, as the statute requires.  *See* 26 U.S.C. § 415(b)(2)(C) & (D) (where actual retirement age deviates from statutory norm, § 415(b) limit should be calculated using actuarial equivalent as calculated from date when payment of benefit "begins").  Hence, for a Retired Pilot who retired in 2003 when the statutory cap was $160,000, the PBGC ignored the date when benefits commenced in calculating the limit and instead arbitrarily applied the limit in effect in 2000, which was $135,000.

99.    The PBGC then actuarially reduced the $135,000 § 415(b) limit even more by assuming a benefit commencement in April 2000 rather than in April 2003.  In calculating the retirement benefit of a Retired Pilot who retired in April 2003 at age sixty, the PBGC therefore treated such a pilot as having taken early retirement at age 57 as of April, 2000.  The PBGC consequently calculated the retirement benefit as having begun *five* years too early by applying the Social Security retirement age of 62 as the standard, rather than the special retirement age of 60 that applies to pilots under the IRC, *see* 26 U.S.C. § 415(b)(9).  Moreover, the PBGC improperly applied early retirement deductions described in the Plan to the retirement benefit, reducing it by ¼% per month -- even though the Plan specified that such a reduction should apply only for each month the benefit commences prior to age sixty.  The PBGC thus reduced the benefit for an early retirement that is not early, with the assumption that the benefit would be

paid three years longer than it actually would be. In fact, the Plan specifically provides for an actuarial adjustment for late benefit commencement, which the PBGC did not apply.

100.     The common thread that runs throughout these errors is a failure of actuarial equivalence. In distributing the Plan's assets, the PBGC failed to ensure that the value of a participant's benefits remained the same under varying distribution methodologies.

101.     The PBGC's erroneous, inconsistent, and arbitrary methodologies on all of the above fronts violated ERISA. Overall, the PBGC's failure to use an actuarially sound method of calculating benefits violates ERISA. The PBGC's actions also adversely affected Plaintiffs. For instance, by calculating benefits as though they began on April 1, 2000 -- and applying a number of penalties as a result of this calculation -- the PBGC arbitrarily and capriciously understated the amount of benefits to which participants and beneficiaries are actually entitled.

### Claim Eight
### (Failure To Comply With ERISA -- Miscalculation of Minimum Benefit Guarantee to Former Allegheny Airlines Pilots)

102.     Prior to 1972, the Plan as then existing through Allegheny Airlines (predecessor to US Airways) took the form of a mixed defined-benefit and defined-contribution plan.

103.     Section 4.1(E) of the 2001 version of the Plan (and § 4.1(D) of the 1994 Plan) provides a "minimum benefit" for those pilots who participated in the Plan as of December 1, 1972. This provision guarantees that former Allegheny pilots receive no less than they would have received had the pre-1972 version of the Plan remained in effect without change.

104.     The Plan as existing prior to 1972 had two components: (1) a fixed benefit component; and (2) a variable component based on the actual investment value of a group or pool of diversified stocks.

105.    The assets of the variable component of the pre-1972 version were a diversified group of common stocks (plus certain cash which had not yet been invested in stocks). All units had the same value, which was calculated as the total assets of the fund, including retained interest earned on the assets and reinvested dividends. Each participant held a certain number of "units" in the variable fund, based on payroll earnings and length of service. Therefore, the overall value of a participant's pension depended both upon time in service and the actual earnings of the fund -- *i.e.*, the investment performance of the diversified stock fund. This value was specified by the pre-1972 version to include dividends.

106.    In 1972, the actual diversified stock fund was terminated. As a result, each variable unit could no longer be measured in terms of the actual variable fund assets. Instead, the parties agreed to measure it by the investment performance of the Standard & Poor's 500 Index.

107.    The "minimum benefit" guarantee in the 2001 and 1994 versions of the Plan were designed to ensure that any benefit going forward would be no less than provided in the pre-1972 version "unchanged," and US Airways, in its role as plan trustee and plan administrator, had informed Plaintiffs that their retirement benefits would be no less than they would have received had the earlier version of the Plan remained in effect. Plaintiffs understood this to mean that the S & P 500 Index (with dividends reinvested) would have to apply if the new benefit were to be no less than the old.

108.    In its role as plan administrator prior to termination, US Airways made a number of errors in calculating the Allegheny pilots' minimum benefit. Plaintiffs vigorously challenged these errors, completely exhausting their administrative remedies in challenging this error by US Airways. The PBGC, at the time it became Plan guarantor and trustee upon termination of the Plan, perpetuated these errors.

109.    In terminating the Plan, the PBGC ratified the following miscalculations of the Allegheny pilots' minimum benefit:

a.    *Post-Retirement Tracking*:  The PBGC improperly failed to provide for post-retirement tracking guaranteed by the pre-1972 version of the Plan.  This provision guaranteed lifetime protection against inflation.  The method of implementation was spelled out in Section V of the pre-1972 version of the Plan, which required that a participant's income be adjusted twice a year to reflect the then-present value of the individual's account.  This guarantee was not only spelled out in the Plan document at the time but also in the examples that were contained in Summary Plan Descriptions and in statements by officials responsible at that time for administering the Plan.

b.    *Reinvested Dividends*:  The PBGC improperly failed to provide for reinvested dividends guaranteed by the pre-1972 version of the Plan.  The Plan's terms in that version, contemporaneous interpretive memoranda, and the collective bargaining history all demonstrate that Plaintiffs were entitled to a minimum benefit that was adjusted for the reinvestment of dividends.

c.    *Termination Credit:*    The PBGC improperly failed to provide an upward adjustment to account for forfeitures to the Plan caused by the termination of service of unvested participants.  The pre-1972 version of the Plan included such an adjustment, and the PBGC was required to apply it in its role as Plan guarantor and trustee.

d.    *Disability Retirement Income:*  The PBGC improperly failed to provide for the 50% retirement income supplement contained in the pre-1972 version for those participants who became totally and permanently disabled.  The earlier version of the Plan included such an increase, and the PBGC was required to apply it in its role as Plan guarantor and trustee.

123

110.    The PBGC's failure to honor these vested pension benefits adversely affected the

Retired Pilots in violation of ERISA. The Retired Pilots adversely affected included those who

received lump-sum benefits prior to Plan termination that were less than the minimum benefit

guarantee. Those Plaintiffs received no benefit determination from the PBGC and thus had no

appeal to pursue. Nonetheless, they attempted to secure relief by fairly presenting their claim to

the PBGC, but the PBGC expressly refused to address their claim in resolving the minimum

benefit issue. *See* February 29, 2008 PBGC Decision at 32, n.53 (Exhibit A to Compl.) (refusing

to address claims of pilots identified on Exhibit I of appeal documents who did not file appeals).

### Claim Nine
### (Failure to Comply With ERISA -- Unlawful Recoupment)

111.    With respect to a number of Plaintiffs, the PBGC has claimed that it must recoup

or recover benefits it deems to have been "overpayments." Plaintiffs deny they have been

overpaid, as none of the Plaintiffs have received the vested pension benefits they were entitled to

under the Plan and ERISA. The PBGC claims that it is required, under ERISA, to seek such

recoupment or recovery.

112.    The PBGC's threatened and imminent recoupment and recovery efforts violate

ERISA. Title IV provides for some limited recapture by the PBGC of excess payments made to

participants, *see* 29 U.S.C. § 1345(a), and it does so pursuant to a recapture formula devised by

Congress in 29 U.S.C. § 1345(c). The statute also contains a provision authorizing the PBGC to

waive recapture in cases of hardship. *See id.* § 1345(c)(3) ("The corporation is authorized to

waive, in whole or in part, the recovery of any amount which the trustee is authorized to recover

for the benefit of a plan under this section in any case in which it determines that substantial

economic hardship would result to the participant or his beneficiaries from whom such amount is recoverable.").

113.    To the extent the PBGC has adopted regulations that purport to allow or require it to recapture any and all overpayments, *see* 29 C.F.R. § 4022.81, such regulations exceed the statutory recoupment and recovery authorization provided by Congress and are invalid and unenforceable.

114.    The PBGC's statements to Plaintiffs that it "must" recover any overpayments pursuant to "law and regulation" are accordingly erroneous.   Any attempt here to recoup payments beyond the express statutory authority provided by 29 U.S.C. § 1345 and without consideration of the waiver provisions violates ERISA.  The PBGC's imminent threat to take such action adversely affects Plaintiffs and is therefore subject to redress.

**Claim Ten**
**(Failure to Provide Insurance Benefits to Make Up Shortfalls That Exist**
**After Distribution of Remaining Plan Assets)**

115.    Congress intended the insurance guarantee provided by the PBGC to work in the following manner in conjunction with the distribution of remaining plan assets:

> Plan assets are to be allocated, in order, to voluntary contributions of employees, mandatory contributions of employees, benefits "in pay status" for at least three years, and insured benefits (other than those falling into any of the prior categories). Where all these categories could be paid in full from plan assets, there would be no insurance corporation losses.

S. Rep. No. 93-383, at 84 (1973).

116.    By indicating that the PBGC need not pay benefits from Corporation funds only when all categories of insured benefits had been "paid in full" from plan assets, Congress intended that the PBGC utilize its own funds (that had been created through payments of

125

employer insurance premiums) to make up the difference when all of the above categories of benefits could not be "paid in full" from remaining plan assets.

117.    Despite this Congressional intent, the PBGC maintains that it need not use its own funds to make up any difference here.  If remaining Plan assets are not sufficient in this case to pay "in full" *all* non-forfeitable benefits (whether or not in Priority Category 3), the PBGC takes the position that it is not required to use its funds to make up the shortfall in the event that the amount paid from the assets is in excess of what the PBGC's maximum liability can be.  This means that the PBGC would not be required to expend any of its own funds to cover the insured, non-forfeitable benefits, despite the fact that it had received premium payments from US Airways since 1974 and despite the participants and beneficiaries indisputably not receiving all non-forfeitable benefits from Plan assets.  In other words, the PBGC views the statutory maximum as to the insurance benefits it must pay as measured against what the trustee distributes from the Plan assets, not as a measure of how much the *PBGC shall guarantee with its funds*.

118.    On the current record, the PBGC concludes that all Priority Category 3 benefits can be paid from remaining Plan assets.  Were the PBGC to conclude otherwise, then the PBGC must make up any alleged shortfall from its insurance funds, up to the maximum that the PBGC can be made to pay under 29 U.S.C. § 1322(b)(7).  Any other approach violates ERISA and adversely affects Plaintiffs.

119.    In addition, the PBGC's guarantee does not end with the payment of Priority Category 3 benefits.  It must pay *all non-forfeitable benefits*, up to the maximum statutory amount the PBGC can be made to pay.  Benefits that do not fall into Priority Category 3 but that are non-forfeitable must be satisfied with remaining Plan assets and then through the PBGC's

126

insurance guarantee.  Thus, even were the PBGC somehow correct (which it is not) that certain

benefits addressed in this Complaint do not qualify for Priority Category III status, they still are

payable as non-forfeitable benefits, either from any still-remaining Plan assets or then through

the PBGC's guarantee.  For example, assuming *arguendo* solely for purposes of this claim that

the benefits resulting from increases in the § 415(b) limits or Piedmont pilot COLAs from 2001

to 2003 do not fall in Priority Category 3 because they were not in pay status three years prior to

termination, they would nonetheless still constitute non-forfeitable benefits, because the three-

year rollback does not exist under the guarantee provision (29 U.S.C. § 1322) as opposed to the

asset distribution provision for Priority Category III benefits (*id.* § 1344(a)(3)).

120.    The PBGC is required to pay from its insurance funds all non-forfeitable benefits

(up to a statutory maximum) once Plan assets are exhausted, but it has not done so even

assuming *arguendo* the correctness of the PBGC underlying Priority Category 3 benefits

determinations.  The PBGC's action violates ERISA and adversely affects Plaintiffs by

decreasing their benefits.

### Claim Eleven -- Violation of the APA

121.    The PBGC's failure to provide Plaintiffs with benefits guaranteed by ERISA and

by the terms of the Plan is arbitrary, capricious, an abuse of discretion, and otherwise not in

accordance with law under the APA, 5 U.S.C. § 706.  All of the claims raised with respect to

ERISA are accordingly, to the extent necessary and proper, subject to redress under the APA.

122.    The PBGC's calculation of Plaintiffs' benefits -- including but not limited to its

calculation of the expected retirement age through the table set forth in 29 C.F.R. § 4044.55

(Claim Three), its failure to calculate benefits by calculating the present value of any benefit as of

the date of Plan termination (Claim Seven), its improper use of offsets from the Target Plan

127

(Claim Four), its calculation of the Piedmont pilots' COLA (Claim Six), and its miscalculation of the minimum benefit guarantee (Claim Eight) -- is arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with law within the meaning of the APA, 5 U.S.C. § 706. The PBGC's refusal to cover insured, non-forfeitable benefits up to the statutory limit when remaining Plan assets are insufficient to pay "in full" all insured, non-forfeitable benefits (Claim Ten) is also arbitrary, capricious, an abuse of discretion, and not otherwise in accordance with law within the meaning of the APA, 5 U.S.C. § 706.

123.    The PBGC's construction of statutes and regulations in the process of categorizing benefits -- including but not limited to its interpretation of the "effective date" of the Plan amendment containing the ERIP (Claim One), the manner in which the § 415(b) limit imposed by Congress is applied to long-existing Plan provisions (Claim Two), its regulatory scheme for calculating an expected retirement date (Claim Three), its application of the provisions of 29 U.S.C. § 1344 to limit benefits to those paid three years before termination rather those contained in Plan provisions for three years prior to termination (Claims Two and Seven), and its claim of recoupment and recovery authority (Claim Nine) -- is arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with law within meaning of the APA, 5 U.S.C. § 706.

124.    Insofar as the PBGC, in making the determinations addressed in this Complaint, has relied on regulations that are inconsistent with ERISA, the regulations are invalid and unenforceable and must be set aside pursuant to the APA.

WHEREFORE, Plaintiffs respectfully request that this Court issue:

A.    A judgment enforcing the rights of Plaintiffs under ERISA and the terms of the Plan;

B.    A judgment awarding benefits to Plaintiffs due to them under the terms of the Plan and pursuant to the PBGC's obligation to serve as a guarantor, trustee, and plan administrator of the Plan;

C.    A judgment declaring the rights and obligations of the parties;

D.    A judgment enjoining the PBGC from any act or practice that violates ERISA or the terms of the Plan;

E.    A judgment setting aside all PBGC regulations applied in the circumstances that violate ERISA;

F.    A judgment enjoining the PBGC from recapturing, recovering, or recouping in violation of ERISA and the terms of the Plan any prior benefits payments;

G.    An accounting of all premiums paid to the PBGC by US Airways in connection with the Plan since 1974;

H.    The creation of a constructive trust over all premiums in the PBGC's possession that were paid to the PBGC by US Airways in connection with the Plan since 1974, for the benefit of those Retired Pilots who have not received their full non-forfeitable Plan benefits following termination of the Plan and sufficiently to remedy the PBGC's breach of fiduciary duty;

I.    An award of monetary relief against the PBGC as trustee in an amount equal to the difference between (1) the benefits properly to be received by the Retired Pilots based on the

Plan's current funding plus the PBGC's insurance guarantee; and (2) the benefits properly to be received by the Retired Pilots based on the funding the Plan would have had had the PBGC not breached its fiduciary duty plus the PBGC's insurance guarantee;

J.     Other equitable relief sufficient to redress violations of ERISA and to enforce ERISA and the terms of the Plan;

K.     Any other equitable relief that is available and appropriate;

L.     Attorneys fees and other expenses and costs pursuant to 29 U.S.C. §§ 1303(f)(3);

M.     Attorneys fees and other expenses and costs pursuant to the Equal Access to Justice Act, 5 U.S.C. § 504(a)(2), because the positions of the PBGC are not substantially justified;

N.     Any such other relief, of any sort, that the Court finds just and proper; and

O.     A **jury trial** is **demanded** on all questions that are properly resolved by a jury.

Respectfully submitted,

Dated:  June 20, 2008

Anthony F. Shelley (D.C. Bar #420043)
Andrew T. Wise (D.C. Bar #456865)
Timothy P. O'Toole (D.C. Bar #469800)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC  20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
Ashelley@milchev.com
Awise@milchev.com
To'toole@milchev.com

*Attorneys for Plaintiffs*

*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**THOMAS G. DAVIS, et al.**

　　　　Plaintiff(s),

　　　　　vs.　　　　　　　　　　　　　**Civil Action No.  08-1064 (JR)**

**PENSION BENEFIT GUARANTY**
 **CORPORATION**

　　　　Defendant(s).

## NOTICE REGARDING BULKY EXHIBITS

Pursuant to the procedures for filing bulky pleadings, bulky exhibits have been filed in paper in

this case.  The exhibits are available at the Clerk's Office for public viewing  and copying

between the  hours of 9:00 a.m. and  4:00 p.m., Monday through Friday.

　　　　　　　　　　　　　　**NANCY MAYER-WHITTINGTON**

　　　　　　　　　　　　　　　　　Clerk

K-1064
JR

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

### I (a) PLAINTIFFS

Thomas G. Davis, et al.
731 Landing Party Lane
Collierville, TN 38017

88888

### DEFENDANTS

Pension Benefit Guaranty Corp.
1200 K St. NW
Washington, DC 20005

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**  Washington, DC
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**  Shelby County
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Anthony F. Shelley
Andrew T. Wise
Timothy P. O'Toole
Miller & Chevalier Chartered
655 Fifteenth St, NW
Suite 900
Washington, DC 20005
(202) 626-5800

ATTORNEYS (IF KNOWN)

Case: 1:08-cv-01064
Assigned To : Robertson, James
Assign. Date : 6/20/2008
Description: Labor-ERISA

### II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
     Plaintiff

◉ 2 U.S. Government
     Defendant

○ 3 Federal Question
     (U.S. Government Not a Party)

○ 4 Diversity
     (Indicate Citizenship of
     Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**

☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other)      OR      ○ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

③

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☒ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Claims for pension benefits under the Employee Retirement Income Security Act, 29 U.S.C. Sec. 1001 et. seq.

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ Equitable Relief    Check YES only if demanded in complaint   JURY DEMAND: YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☒  NO ☐   If yes, please complete related case form.

DATE  June 20, 2008      SIGNATURE OF ATTORNEY OF RECORD  _Arthur Stelly_

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.