AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Thomas G. Davis, et al.

        Plaintiff(s)  )  **APPEARANCE**
)
)
        vs.  )  CASE NUMBER  08cv1064 (JR)
Pension Benefit Guaranty Corp.  )
)
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Timothy P. O'Toole  as counsel in this
        (Attorney's Name)

case for:  Thomas G. Davis, et al.
        (Name of party or parties)

July 9, 2008
Date

/s/ Timothy P. O'Toole
Signature

Timothy P. O'Toole
Print Name

# 469800
BAR IDENTIFICATION

Miller & Chevalier Chartered, 655 15th St. NW, #900
Address

Washington, DC 20005
City    State    Zip Code

(202) 626-5800
Phone Number