AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Thomas G. Davis, et al.

**SUMMONS IN A CIVIL CASE**

V.

Pension Benefit Guaranty Corporation

CASE N

Case: 1:08-cv-01064
Assigned To : Robertson, James
Assign. Date : 6/20/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

Jeffrey A. Taylor
United States Attorney for the District of Columbia
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony F. Shelley
Miller & Chevalier Chartered
655 Fifteenth Street, N.W.
Suite 900
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**        **JUN 2 0 2008**

CLERK                                 DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Thomas G. Davis, et al.<br><br>**Plaintiff(s)**<br><br>v.<br>Pension Benefit Guaranty Corporation<br><br>**Defendant** | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:08-cv-01064<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Ambiko Guice, a Private Process Server, being duly sworn deposes and says, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, Civil Cover Sheet, Complaint for Equitable and Declaratory Relief, Exhibits A-F and Initial Electronic Case Filing Order
SERVE TO: Jeffrey A. Taylor, United States Attorney for the District of Columbia
SERVICE ADDRESS: United States Attorney's Office, 501 3rd Street, NW, Washington, DC 20001

DATE SERVED: June 24, 2008   TIME SERVED: 12:58 PM
PERSON SERVED: Gary Nails, Docket Clerk, authorized to accept.

Described herein:
Gender: Male   Race/Skin: Black   Hair: Black   Age: 38   Height: 5'10"   Weight: 180

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-27-08
Executed on:

Ambiko Guice
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-004006                                                                                           Client Reference: 707500.011