AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Thomas G. Davis, et al.

        Plaintiff(s)       )  
                            )    **APPEARANCE**  
                            )  
              vs.              )    CASE NUMBER   1:08-cv-01064  
Pension Benefit Guaranty Corporation  )  
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Joseph M. Krettek   as counsel in this  
                              (Attorney's Name)

case for:   Pension Benefit Guaranty Corporation (U.S. Government Agency)  
                       (Name of party or parties)

8/14/2008  
Date

*/s/ Joseph M. Krettek*  
Signature

Joseph M. Krettek  
Print Name

IL 6275304  
BAR IDENTIFICATION

PBGC; 1200 K Street, N.W.  
Address

Washington, D.C.   20005  
City     State     Zip Code

(202) 326-4020, ext. 6772  
Phone Number